F I L E D
Clerk
District Court

MAY 1 4 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT
# NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>HOCOG, LARRY BORJA<br><br>        Defendant. | Criminal Case No. 08-00016<br><br>**I N D I C T M E N T**<br><br>Title 21 U.S.C., §§ 822(b), 841(a)(1), 841(b)(1)(C)--Distribution of Oxycodone Hydrochloride (Count 1); Title 21 U.S.C., §§ 822(b), 841(a)(1) & 841(b)(1)(C)--Distribution of Meperidine (Count 2). |

THE GRAND JURY CHARGES:

### COUNT ONE

### DISTRIBUTION OF OXYCODONE HYDROCHLORIDE

Beginning on or about September 4, 2007, and continuing thereafter until on or about November 30, 2007, in the District of the Northern Mariana Islands, the defendant, HOCOG, LARRY BORJA, a Medical Doctor, did knowingly and unlawfully distribute and dispense a Schedule II controlled substance, to wit: by dispensing and distributing Oxycodone Hydrochloride despite a restriction on his Drug Enforcement Administration Controlled Substance Registration Certificate and his Commonwealth of the Northern Mariana Islands License to Practice Medicine, in violation of Title 21, United States Code, §§ 822(b), 841 (a)(1) and 841(b)(1)(C).

## COUNT TWO

## DISTRIBUTION OF MEPERIDINE

Beginning on or about September 4, 2007, and continuing thereafter until on or about November 26, 2007, in the District of the Northern Mariana Islands, the defendant, HOCOG, LARRY BORJA, a Medical Doctor, did knowingly and unlawfully distribute and dispense a Schedule II controlled substance, to wit: by dispensing and distributing Meperidine (commonly known as "Demerol") despite a restriction on his Drug Enforcement Administration Controlled Substance Registration Certificate and his Commonwealth of the Northern Mariana Islands License to Practice Medicine, in violation of Title 21, United States Code, §§ 822(b), 841 (a)(1) and 841(b)(1)(C).

Dated this 14th day of May 2008.

A TRUE BILL.

_____
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

_____
ERIC S. O'MALLEY
Assistant United States Attorney

-2-