```
                                                    FILED
                                                     Clerk
                                                  District Court

1  LEONARDO M. RAPADAS
   United States Attorney                          MAY 1 4 2008
2  ERIC S. O'MALLEY
   Assistant United States Attorney           For The Northern Mariana Islands
3  DISTRICT OF THE NORTHERN                   By_____
     MARIANA ISLANDS                                  (Deputy Clerk)
4  Horiguchi Building, Third Floor
   P.O. Box 500377
5  Saipan, MP 96950
   Telephone: (670) 236-2982
6  Fax:       (670) 236-2985

7  Attorneys for United States of America
```

8                    UNITED STATES DISTRICT COURT

9                     NORTHERN MARIANA ISLANDS

10  UNITED STATES OF AMERICA,        )    Criminal Case No. **08 - 00016**
                                     )
11              Plaintiff,           )
                                     )
12      v.                           )
                                     )
13                                   )    **ORDER**
                                     )
14  **HOCOG, LARRY BORJA,**          )
                                     )
15                                   )
                Defendant.           )
16  _____  )

17

18      Upon the application of the United States of America, it is hereby ORDERED that the Clerk

19  shall maintain this file under seal until further order of the Court.

20

21

22

23                              _____
                                ALEX R. MUNSON
24                              UNITED STATES DISTRICT JUDGE