MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

CR-08-00016-001                                                                                 May 20, 2008
                                                                                                11:05 a.m.

**UNITED STATES OF AMERICA -vs- LARRY BORJA HOCOG**

PRESENT:   HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE SHMULL, COURT REPORTER
           ERIC O'MALLEY, ASSISTANT U.S. ATTORNEY
           RAMON QUICHOCHO, ATTORNEY
           LARRY BORJA HOCOG, DEFENDANT

PROCEEDINGS:   INITIAL APPEARANCE/ARRAIGNMENT

Defendant **LARRY BORJA HOCOG** appeared with counsel, Attorney Ramon Quichocho. Government was represented by Eric O'Malley, AUSA.

Defense stated that they were ready to proceed with the Arraignment.

Defendant was sworn and advised of his constitutional rights.

Defendant waived reading of the indictment and pled **NOT GUILTY** to the charges against him. Court set jury trial for **June 23, 2008 at 9:00 a.m.** Pretrial motions shall be filed by **June 3, 2008.**

Government recommends release on a $10,000 unsecured bond and conditions. Defense recommended release on conditions.

Court ordered that the defendant be released on the following conditions:

1)   The defendant shall pay a $10,000 unsecured bond:

2)   That the defendant shall submit to pretrial services supervision under the direction of the United States Probation Office and abide by all standard conditions and that he must report at any time as requested;

3)   The defendant must not leave the Commonwealth of the Northern Mariana Islands without written permission from the Court;

4)   That the defendant shall surrender his passport and any other travel documents and not obtain any other travel documents or passport;

5)   That the defendant shall comply with the prohibitions regarding contact with victims of the offense;

6)   That the defendant shall not prescribe any medication or controlled substance for which he does not a have a license in the CNMI.

Government moved to unseal the case.  Court so ordered.

Adj.  11:25 a.m.

/s/K. Lynn Lemieux, Courtroom Deputy