# United States District Court

DISTRICT OF **the Northern Mariana Islands**

FILED
Clerk
District Court

MAY 27 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES OF AMERICA,

    Plaintiff,

V.

**HOCOG, LARRY BORJA,**

    Defendant.

**WARRANT FOR ARREST**

CASE NUMBER: **CR 08 - 00016**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **HOCOG, LARRY BORJA**
                                                            Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense)

**Distribution of Oxycodone Hydrochloride (Count 1); and
Distribution of Meperidine (Count 2)**

RECEIVED
MAY 14 2008
US MARSHALS SERVICE-CNMI

in violation of Title **21** United States Code, Section(s) **822(b), 841(a)(1)**

and in violation of Title **21** United States Code, Section (s) **841(b)(1)(C)**

| HONORABLE ALEX R. MUNSON | CHIEF JUDGE, DISTRICT COURT OF THE NMI |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *Alex R. Munson* (signature) | 5-14-08      SAIPAN, CNMI |
| Signature of Issuing officer | Date and Location |
| Bail fixed at $ NONE | by *Alex R. Munson* |
| | Name of Judicial Officer |

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at **SAIPAN, MP** |

| DATE RECEIVED<br>05-14-08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>05-20-08 | Don Hall, SDUSM | /s/ D. Hall |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____