PS 40
(REV. 6/05)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTHERN MARIANA ISLANDS

**NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT**

| TO: | United States Department of State<br>Office of Passport Policy and Advisory Services<br>2100 Pennsylvania Avenue, NW, 3rd Floor<br>Washington, D.C. 20037 | FROM: | Melinda N. Brunson, U.S. Probation Officer<br>District of the Northern Mariana Islands<br>P.O. Box 502089<br>Saipan, MP 96950 |
|---|---|---|---|

**F I L E D**
Clerk
District Court

JUN - 3 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

[X] **Original Notice**　　　[ ] **Notice of Disposition**

| Date: | May 21, 2008 | Date: | |
|---|---|---|---|
| By: | Chief Judge Alex Munson | By: | |

| Defendant: | HOCOG, Lorenzo Paterno Borja | Case Number: | 08-00016-001 |
|---|---|---|---|
| Date of Birth: | xx-xx-1955 | Place of Birth: | Rota, MP |
| SSN: | xxx-xx-3225 | | |

**NOTICE OF COURT ORDER** (Order Date: May 21, 2008 )

[✔] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[✔] The above-named defendant surrendered Passport Number **xxxxxx728** to the custody of the **U.S. District Court for the NMI.**

## NOTICE OF DISPOSITION

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted.

[ ] Defendant convicted.

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
　　☐ Not Convicted - Document returned to defendant.
　　☐ Not Convicted - Document enclosed for further investigation due to evidence that the document may have been issued in a false name.
　　☐ Convicted - Document and copy of Judgment enclosed.
Defendant (or representative)