RAMON K. QUICHOCHO, ESQ. (F0243)
LAW OFFICES OF RAMON K. QUICHOCHO, LLC
2nd Floor, Sign Arts Building, San Jose
P.O. Box 505621
Saipan, MP 96950
Tel. No.: 670.234.8946
Fax: 670.234.8920
Email: karissa129@gmail.com

*Attorney for Defendant Larry B. Hocog*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO.: 08-00016-001 |
| Plaintiff, | |
| vs. | MOTION TO EXTEND TIME TO FILE PRETRIAL MOTIONS |
| LARRY BORJA HOCOG, | |
| Defendant. | Hearing: |
| | Time: |

Defendant Larry Borja Hocog, by and through undersigned counsel, hereby moves this Court for a seven day extension of time within which to file his pre-trial motions in this case.

In support of his motion, Defendant states:

1. The Court's May 20, 2008 Order Setting Trial Date set June 3, 2008, as the deadline to file all pretrial motions.

2. On May 20, 2008, Defendant requested production of discovery under the applicable rules and statutes. A true and correct copy of the May 20, 2008 discovery request letter is attached to the Motion to Compel Production of Discovery and marked Exhibit A, and incorporated herein by reference.

3. As of the filing of this motion, no such discovery was received by Defendant or his counsel.

4.  Defendant does not anticipate any objection from the government for the granting of this motion.

5.  After review of the discovery, Defendant can then decide what pretrial motions to bring.

WHEREFORE, for the foregoing reasons, and for any other reasons this Court may deem just and proper, Defendant, through counsel, respectfully requests that this Motion be granted and that this Court extend the time for the filing of pre-trial motions.

Respectfully submitted this 3rd day of June, 2008.

LAW OFFICES OF RAMON K. QUICHOCHO, LLC


/s/RAMON K. QUICHOCHO, ESQ.
CNMI Bar No. F0243
Attorney for Defendant