```
                                    F I L E D
                                       Clerk
                                    District Court

                                    JUN - 4 2008

                              For The Northern Mariana Islands
                              By_____
                                       (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 08-00016 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | ORDER SETTING BRIEFING |
| | ) | SCHEDULE AND HEARING |
| LARRY BORJA HOCOG, | ) | DATE |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

IT IS ORDERED that defendant's motions to extend time for filing pre-trial motions, for a bill of particulars, and to compel production of discovery are set for **hearing on Thursday, June 12, 2008, at 9:00 a.m.** Plaintiff's opposition is due by 3:30 p.m., Monday, June 9, 2008. Defendant's reply is due by 3:30 p.m., Wednesday, June 11, 2008.

If the parties resolve these motions by agreement prior to the hearing date, they shall notify the court and the motions will come off-calendar without further order of the court.

DATED this 4th day of June, 2008.

*[signature]*
ALEX R. MUNSON
Judge