RAMON K. QUICHOCHO, ESQ.
LAW OFFICES OF RAMON K. QUICHOCHO, LLC
2nd Floor, Sign Arts Bldg., San Jose
P.O. Box 505621
Saipan, MP 96950
Tel. No.: 670-234-8946
Fax: 670-234-8920
Email: karissa129@gmail.com

MICHAEL W. DOTTS, ESQ.
O'CONNOR BERMAN DOTTS & BANES
2nd Floor, Marianas Business Plaza
P.O. Box 501969
Saipan, MP96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683
Email: attorneys@saipan.com

*Attorneys for Defendant*

F I L E D
Clerk
District Court

JUN 13 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LARRY BORJA HOCOG,<br><br>Defendant. | CRIMINAL CASE NO. 08-00016<br><br>ORDER FOLLOWING CHAMBERS CONFERENCE |

The Court held a chambers conference with counsel for the parties in this matter at 9:30 a.m. on June 12, 2008. Eric O'Malley appeared for the United States. Michael W. Dotts appeared for the Defendant. Pursuant to the agreement of the parties, the Court orders as follows:

RECEIVED

JUN 13 2008

Clerk
District Court
The Northern Mariana Islands

1. The trial scheduled in this matter to start on June 23, 2008, at 9:00 a.m. is continued to June 30, 2008, at 9:00 a.m.

2. The parties shall file all pre-trial motions according to the following schedule:

   a. Motions, including all supporting papers, shall be filed by June 17, 2008, at 3:30 p.m.;

   b. Oppositions to motions shall be filed by June 19, 2008, at 3:30 p.m.;

   c. Replies, if any, shall be filed by June 20, 2008, at 3:30 p.m.; and

   d. All pre-trial motions shall be heard at 9:00 a.m. on June 23, 2008.

IT IS SO ORDERED,

Date: June 13, 2008

HON. ALEX R. MUNSON
Judge, NMI District Court

Approved as to form:

Eric O'Malley
Assistant United States Attorney

K:\3300\3391-02 Dr. LB Hocog\District Court CV 08-00016\080612-OrderFollowing Hearing-miu.doc

2