FILED
Clerk
District Court

JUN 1 7 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Action No. 08-00016 |
| Plaintiff, | |
| vs. | Order Setting Status Conference |
| LARRY HOCOG, | |
| Defendant. | |

Eric O'Malley
Assistant United States Attorney
P.O. Box 500377
Saipan, MP 96950

Ramon K. Quichocho
Attorney at Law
P.O. Box 505621
Saipan, MP 96950

A Status Conference in this case will be conducted on the record, in the courtroom, on Wednesday, June 18, 2008, at 10:30 a.m.

IT IS SO ORDERED.

DATED this 17th day of June, 2008.

*Alex R. Munson*

Judge Alex R. Munson