# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

CR-08-00016-001                                                    June 18, 2008
                                                                    10:45 a.m.

### UNITED STATES OF AMERICA -vs- LARRY BORJA HOCOG

PRESENT:   HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE SHMULL, COURT REPORTER
           ERIC O'MALLEY, ASSISTANT U.S. ATTORNEY
           RAMON QUICHOCHO, ATTORNEY
           JOSEPH HOREY, ATTORNEY
           LARRY BORJA HOCOG, DEFENDANT

PROCEEDINGS:   STATUS CONFERENCE HEARING

   Defendant **LARRY BORJA HOCOG** appeared with counsel, Attorney Ramon Quichocho and Attorney Joseph Horey  Government was represented by Eric O'Malley, AUSA.

   Discussions were held regarding trial evidence and medical records.  Court ordered that Government would disclose the names of the patients that were alleged to receive the prescription drugs.

   Government will prepare the proposed order.

                            Adj.  10:55 a.m.


                            /s/K. Lynn Lemieux, Courtroom Deputy