```
LEONARDO M. RAPADAS
United States Attorney
ERIC S. O'MALLEY
Assistant United States Attorney
DISTRICT OF THE NORTHERN
    MARIANA ISLANDS
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950
Telephone: (670) 236-2980
Fax:       (670) 236-2985

Attorneys for United States of America
```

FILED
Clerk
District Court

JUN 20 2008

For The Northern Mariana Islands
By_____
            (Deputy Clerk)

ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LARRY BORJA HOCOG,<br><br>    Defendant. | Criminal Case No. 08-00016<br><br>**MOTION TO CONTINUE JURY TRIAL**<br><br>Hearing: June 23, 2008<br>Time:    10:30 a.m.<br>Judge:   Hon. Alex R. Munson |

COMES NOW, the United States of America, by and through its undersigned attorneys, and hereby respectfully moves this Court to continue the jury trial in the above matter. Trial is currently scheduled to begin on June 30, 2008 at 9:00 a.m. Filed herewith is Plaintiff's Affidavit in support of this motion.

LEONARDO M. RAPADAS
United States Attorney
District of the Northern Mariana Islands

DATED: 6/20/08           By: _____
                             ERIC S. O'MALLEY
                             Assistant U.S. Attorney