LEONARDO M. RAPADAS
United States Attorney
ERIC S. O'MALLEY
Assistant United States Attorney
DISTRICT OF THE NORTHERN
 MARIANA ISLANDS
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950
Telephone: (670) 236-2980
Fax:       (670) 236-2985

Attorneys for United States of America

FILED
Clerk
District Court

JUN 20 2008

For The Northern Mariana Islands
By_____
     (Deputy Clerk)

## UNITED STATES DISTRICT COURT
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LARRY BORJA HOCOG<br><br>Defendant. | Criminal Case No. 08-00016<br><br>**AFFIDAVIT IN SUPPORT OF GOVERNMENT'S MOTION TO CONTINUE TRIAL**<br><br>Hearing: June 23, 2008<br>Time:    10:30 a.m.<br>Judge:   Hon. Alex R. Munson |

I, Eric S. O'Malley, submit this affidavit in support of the government's Motion to Continue Jury Trial, which trial is now set to begin on June 30, 2008 at 9:00 a.m., and hereby swear as follows:

1. That I am an Assistant United States Attorney assigned to the District of Guam and the Northern Mariana Islands. I have worked in the Northern Mariana branch office for approximately one year, and one month.

2. That I am the prosecutor assigned in the above-captioned case.

3. That the office computer network malfunctioned yesterday, on June 19, 2008, and has yet to be restored. I spoke with the office technician today; he informed me that he

1 | could not determine how soon the problem could be fixed.

2 | 4. That I have diligently sought to locate key witnesses who are currently on the U.S. mainland, or in Hawaii, and who will not return to the Northern Mariana Islands until the week of July 7, 2008. That I was unaware that said witnesses would be unavailable during the week of June 30, 2008, when I stipulated to re-schedule the trial from June 23, 2008.

5. That the government will be prepared to move forward with the trial should it be rescheduled to begin July 7, 2008.

To this I do attest this 20th day of June 2008.

*(signature)*

ERIC S. O'MALLEY
Assistant U.S. Attorney