**Ramon K. Quichocho**
**LAW OFFICE OF RAMON K. QUICHOCHO, LLC**
**Second Floor, Sign Arts Building**
**Ch. Msgr. Guerrero, San Jose, Saipan, CNMI**
**Mail: PO Box 505621 Saipan MP 96950**
**Phone: 234-8946**
**Fax: 234-8920**
E-Mail: **karissa129@gmail.com**

**Michael W. Dotts**
**Joseph E. Horey**
**O'CONNOR BERMAN DOTTS & BANES**
**Second Floor, Nauru Building**
**Marianas Business Plaza**
**Nauru Loop, Susupe, Saipan, CNMI**
**Mail: PO Box 501969 Saipan MP 96950**
**Phone: 234-5684**
**Fax: 234-5683**
E-Mail: **attorneys@saipan.com**

**IN THE DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Criminal Case No. 08-00016** |
|       Plaintiff, | ) | |
|           vs. | ) | **NOTICE OF APPEARANCE** |
| **LARRY BORJA HOCOG,** | ) | |
|       Defendant. | ) | |

To the extent it has not already done so, the Law Office of O'Connor Berman Dotts and Banes hereby enters its appearance as co-counsel for Defendant Larry Borja Hocog in the above captioned matter.

Respectfully submitted this 23rd day of June, 2008.

O'CONNOR BERMAN DOTTS & BANES          O'CONNOR BERMAN DOTTS & BANES
Attorneys for Defendant                                      Attorneys for Defendant


by:_____/s/_____          by:_____/s/_____
     Michael W. Dotts                              Joseph E. Horey

1  *dr hocog notice of appearance.wpd*
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28