# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-08-00016-001                                                       June 23, 2008
                                                                      10:35 a.m.

### UNITED STATES OF AMERICA -vs- LARRY BORJA HOCOG

PRESENT:   HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE SHMULL, COURT REPORTER
           ERIC O'MALLEY, ASSISTANT U.S. ATTORNEY
           RAMON QUICHOCHO, ATTORNEY
           LARRY BORJA HOCOG, DEFENDANT

PROCEEDINGS:  MOTION TO CONTINUE TRIAL

Defendant **LARRY BORJA HOCOG** appeared with counsel, Attorney Ramon Quichocho. Government was represented by Eric O'Malley, AUSA.

Government argued to continue trial for one week. Defense argued and objected to the motion.

Court, after hearing all argument, granted the motion to continue the trial to **July 7, 2008 at 9:00 a.m.**

Court set pre-trial conference for July 2, 2008 at 9:00 a.m.

Adj. 11:00 a.m.

/s/K. Lynn Lemieux, Courtroom Deputy