UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

FILED
Clerk
District Court

JUN 23 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LARRY BORJA HOCOG,<br><br>Defendant. | Criminal Action No. 08-00016<br><br><br><u>Order Setting Status Conference</u> |

| | | | |
|---|---|---|---|
| Eric O'Malley<br>Assistant U. S.<br>P.O. Box 500377<br>Saipan, MP 96950 | Ramon K. Quichocho<br>Attorney at Law<br>P.O. Box 505621<br>Saipan, MP 96950 | Joseph Horey<br>Michael Dotts<br>Attorneys at Law<br>P.O. Box 501969<br>Saipan, Mp 96950 | William Fitzgerald<br>Attorney at Law<br>P.O. Box 500909<br>Saipan, MP 96950 |

The Trial in this case scheduled for Monday, June 30, 2008, is rescheduled to Monday, July 7, 2008, at 9:00 a.m.

Further, a Pretrial Conference is set for Wednesday, July 2, 2008, at 9:00 a.m.

IT IS SO ORDERED.

DATED this 23rd day of June, 2008.

_____
Judge Alex R. Munson

AO 72
(Rev. 08/82)