LEONARDO M. RAPADAS
United States Attorney
ERIC S. O'MALLEY
Assistant U.S. Attorneys
DISTRICT OF THE NORTHERN
    MARIANA ISLANDS
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP  96950
Telephone: (670) 236-2980
Fax:          (670) 236-2985

**UNITED STATES DISTRICT COURT**

**NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                         )<br>               Plaintiff,                     )<br>                                                         )<br>          v.                                        )<br>                                                         )<br>LARRY BORJA HOCOG,              )<br>                                                         )<br>               Defendant.                 )<br>_____ ) | Criminal Case No. 08-00016<br><br>**GOVERNMENT'S REQUESTED**<br>**JURY VOIR DIRE QUESTIONS**<br><br>Trial:   July 7, 2008<br>Time:  9:00 a.m.<br>Judge: Hon. Alex R. Munson |

The United States of America, by and through its undersigned attorneys, hereby requests that the Court ask the attached questions during jury voir dire, in addition to those questions customarily asked by the Court.

                                                                    LEONARDO M. RAPADAS
                                                                    United States Attorney
                                                                    Districts of Guam and the NMI

Date: _____          By: _____/s/_____
                                                                    ERIC S. O'MALLEY
                                                                    Assistant United States Attorney

UNITED STATES v. LARRY BORJA HOCOG

GOVERNMENT'S REQUESTED JURY VOIR DIRE QUESTIONS

General

1. Is there anything about the charges in this case that makes you unwilling or reluctant to serve as a juror?

2. If the evidence in a case shows that someone broke the law, are you willing to find that person guilty, even if you feel he or she was just trying to do "the right thing".

Relationship with Dr. Hocog

3. Have you or a member of your immediate family ever been treated by Dr. Hocog? If yes, is there anything about that treatment that would prevent you from looking at the evidence in this case fairly?

4. Do you or any member of your family have any business or social relationships with Dr. Hocog that might affect how you see the evidence in this case?

Medical Doctors

5. Do you believe doctors should be treated easier under the law because they are doctors, and because their job is to help people?

6. Do you believe that all doctors practicing in the CNMI should be subject to the same laws, and held to the same professional and ethical standards, whether or not they were born here?

7. Have you or a member of your family ever been addicted to prescription medication?