LEONARDO M. RAPADAS
United States Attorney
ERIC S. O'MALLEY
Assistant U.S. Attorneys
DISTRICT OF THE NORTHERN
 MARIANA ISLANDS
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950
Telephone: (670) 236-2980
Fax:        (670) 236-2985

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN MARIANA ISLANDS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No.: 08-00016 |
| ) | |
| Plaintiff, ) | **GOVERNMENT'S PROPOSED VERDICT FORM** |
| ) | |
| v. ) | Jury Trial: July 7, 2008 |
| ) | Time: 9:00 p.m. |
| ) | Judge: Hon. Alex Munson |
| LARRY BORJA HOCOG, ) | |
| ) | |
| Defendant. ) | |

    The United States of America, by and through its undersigned attorneys, hereby submits the attached Proposed Verdict Form for use at trial.

                                                        LEONARDO M. RAPADAS
                                                        United States Attorney
                                                        Districts of Guam and the NMI

Date: _____               By: _____/s/_____
                                                 ERIC S. O'MALLEY
                                                 Assistant United States Attorney

<u>UNITED STATES</u> v. <u>LARRY BORJA HOCOG</u>

<u>GOVERNMENT'S PROPOSED VERDICT FORM</u>

We, the jury, render the following unanimous verdict as to Counts One and Two of the Indictment:

As to **Count One**, Illegal Distribution of a Controlled Substance, namely Oxycodone, we the jury find the defendant, Larry Borja Hocog:

_____ GUILTY          _____ NOT GUILTY

As to **Count Two**, Illegal Distribution of a Controlled Substance, namely Meperidine, we the jury find the defendant, Larry Borja Hocog:

_____ GUILTY          _____ NOT GUILTY

_____
Jury Foreperson

CERTIFICATION

I, as Foreperson, certify that the above decision represents the unanimous verdict of each and every juror in this case.

_____
Jury Foreperson

Dated: _____
Saipan, CNMI