LEONARDO M. RAPADAS
United States Attorney
ERIC S. O'MALLEY
Assistant United States Attorney
DISTRICT OF THE NORTHERN
  MARIANA ISLANDS
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950
Telephone: (670) 236-2980
Fax:           (670) 236-2985

Attorneys for United States of America

## UNITED STATES DISTRICT COURT
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>LARRY BORJA HOCOG, )<br>)<br>Defendant. )<br>_____ ) | Criminal Case No. 08-00016<br><br>**GOVERNMENT'S EXHIBIT LIST**<br><br>Trial: July 7, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. Alex R. Munson |

    The United States of America, by and through its undersigned attorneys, hereby submits the attached list of exhibits that the government intends to introduce in its case-in-chief, in the order of likely introduction, while reserving the right to amend or supplement this list as needed. Copies of said exhibits will be delivered separately.

                                        LEONARDO M. RAPADAS
                                        United States Attorney
                                        District of the Northern Mariana Islands

DATED: 6/30/08            By:_____/s/_____
                                      ERIC S. O'MALLEY
                                      Assistant U.S. Attorney

UNITED STATES v. LARRY BORJA HOCOG

EXHIBITS

1.   DEA Controlled Substance Registration Certificate

2.   Certification of Registration Status, dated April 10, 2008 (2 pages)

3.   License issued by CNMI Medical Profession Licensing Board, dated January 1, 2007

4.   Notification of Personnel Action with attachments, dated April 12, 2005 (15 pages)

5.   Notification of Personnel Action with attachments, dated March 19, 2007 (12 pages)

6-103.   CHC Ambulatory Encounter Forms

104-145.   CHC Pharmacy Logs