1  LEONARDO M. RAPADAS
   United States Attorney
2  ERIC S. O'MALLEY
   Assistant U.S. Attorneys
3  DISTRICT OF THE NORTHERN
      MARIANA ISLANDS
4  Horiguchi Building, Third Floor
   P.O. Box 500377
5  Saipan, MP  96950
   Telephone:  (670) 236-2980
6  Fax:          (670) 236-2985

7

8            **UNITED STATES DISTRICT COURT**

9            **NORTHERN MARIANA ISLANDS**

10  UNITED STATES OF AMERICA,          )     Criminal Case No. 08-00016
                                       )
11              Plaintiff,             )
                                       )     **GOVERNMENT'S PROPOSED**
12       v.                            )      **JURY INSTRUCTIONS**
                                       )
13  LARRY BORJA HOCOG,                 )     Trial:   July 7, 2008
                                       )     Time:   9:00 a.m.
14                                     )     Judge:  Hon. Alex R. Munson
                Defendant.             )
15                                     )
                                       )
16  _____)

17

18       The United States of America, by and through its undersigned attorneys, hereby submits

19  the attached proposed Jury Instructions, reserving the right to amend such instructions if

20  necessary.

21

22

23                                     LEONARDO M. RAPADAS
                                       United States Attorney
24                                     Districts of Guam and the NMI

25

26  Date: 6/30/08          By:    ____/s/_____
                                       ERIC S. O'MALLEY
27                                     Assistant United States Attorney

28

1    **1.    FUNCTION OF JURY**

2            MEMBERS OF THE JURY, NOW THAT YOU HAVE HEARD ALL OF THE

3    EVIDENCE, IT IS MY DUTY TO INSTRUCT YOU ON THE LAW WHICH APPLIES TO

4    THIS CASE.  A COPY OF THESE INSTRUCTIONS WILL BE AVAILABLE IN THE JURY

5    ROOM FOR YOU TO CONSULT.

6            IT IS YOUR DUTY TO FIND THE FACTS FROM ALL OF THE EVIDENCE

7    IN THE CASE.  TO THOSE FACTS, YOU WILL APPLY THE LAW AS I GIVE IT TO YOU.

8    YOU MUST FOLLOW THE LAW AS I GIVE IT TO YOU WHETHER YOU AGREE WITH IT

9    OR NOT.  YOU MUST NOT BE INFLUENCED BY ANY PERSONAL LIKES OR DISLIKES,

10   OPINIONS, PREJUDICES, OR SYMPATHIES.  THAT MEANS THAT YOU MUST DECIDE

11   THE CASE SOLELY ON THE EVIDENCE BEFORE YOU.  YOU WILL RECALL THAT

12   YOU TOOK AN OATH PROMISING TO DO SO AT THE BEGINNING OF THE CASE.

13           IN FOLLOWING MY INSTRUCTIONS, YOU MUST FOLLOW ALL OF

14   THEM, AND NOT SINGLE OUT SOME AND IGNORE OTHERS; THEY ARE ALL

15   EQUALLY IMPORTANT.  YOU MUST NOT READ INTO THESE INSTRUCTIONS, OR

16   INTO ANYTHING THE COURT MAY HAVE SAID OR DONE, ANY SUGGESTION AS TO

17   WHAT VERDICT YOU SHOULD RETURN -- THAT IS A MATTER ENTIRELY UP TO

18   YOU.

19

20

21

22

23

24

25

26

27

28

## 2.    THE UNITED STATES AS A PARTY

YOU ARE TO PERFORM THE DUTY OF FINDING THE FACTS WITHOUT BIAS OR PREJUDICE AS TO ANY PARTY.  YOU ARE TO PERFORM YOUR FINAL DUTY IN AN ATTITUDE OF COMPLETE FAIRNESS AND IMPARTIALITY.  THE CASE IS IMPORTANT TO THE GOVERNMENT BECAUSE THE ENFORCEMENT OF CRIMINAL LAWS IS A MATTER OF PRIME IMPORTANCE TO THE COMMUNITY.  EQUALLY, IT IS IMPORTANT TO THE DEFENDANT WHO IS CHARGED WITH SERIOUS CRIMES.  THE FACT THAT THE PROSECUTION IS BROUGHT IN THE NAME OF THE UNITED STATES OF AMERICA ENTITLES THE GOVERNMENT TO NO GREATER CONSIDERATION THAN THAT ACCORDED TO ANY OTHER PARTY TO A CASE.  BY THE SAME TOKEN, IT IS ENTITLED TO NO LESS CONSIDERATION.  ALL PARTIES, WHETHER THE GOVERNMENT OR INDIVIDUALS, STAND AS EQUALS AT THE BAR OF JUSTICE.

**3.    INDICTMENT IS NOT EVIDENCE**

THE INDICTMENT IS NOT EVIDENCE.  THE DEFENDANT HAS PLEADED NOT GUILTY TO THE CHARGES.  THE DEFENDANT IS PRESUMED TO BE INNOCENT AND DOES NOT HAVE TO TESTIFY OR PRESENT ANY EVIDENCE TO PROVE HIS INNOCENCE.  THE GOVERNMENT HAS THE BURDEN OF PROVING EVERY ELEMENT OF THE CHARGES BEYOND A REASONABLE DOUBT.

## 4.    RIGHT NOT TO TESTIFY

A DEFENDANT IN A CRIMINAL CASE HAS A CONSTITUTIONAL RIGHT NOT TO TESTIFY.  NO PRESUMPTION OF GUILT MAY BE RAISED, AND NO INFERENCE OF ANY KIND MAY BE DRAWN, FROM THE FACT THAT THE DEFENDANT DID NOT TESTIFY.

1   **5.    PRESUMPTION OF INNOCENCE**

2           AS I TOLD YOU AT THE OUTSET OF THE TRIAL, THIS IS A CRIMINAL CASE

3   IN WHICH THE DEFENDANT IS CHARGED WITH VIOLATING CERTAIN LAWS OF THE

4   UNITED STATES.  THE CHARGES, HOWEVER, ARE ONLY ALLEGATIONS.   THE

5   DEFENDANT IS PRESUMED TO BE INNOCENT OF THOSE CHARGES UNLESS AND

6   UNTIL YOU, THE JURY, FIND BEYOND A REASONABLE DOUBT THAT THE

7   DEFENDANT IS GUILTY OF ANY OFFENSE ALLEGED IN THE INDICTMENT.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**6.**    **BURDEN OF PROOF**

IN A CRIMINAL CASE, THE GOVERNMENT ALWAYS HAS THE BURDEN OF PROOF. TO OVERCOME THE PRESUMPTION OF INNOCENCE AND PROVE THE DEFENDANT GUILTY OF AN OFFENSE, THE GOVERNMENT MUST PROVE BEYOND A REASONABLE DOUBT EACH AND EVERY ELEMENT OF THAT OFFENSE AS CHARGED IN THE INDICTMENT.

1    **7.    REASONABLE DOUBT**

2        PROOF BEYOND A REASONABLE DOUBT IS PROOF THAT LEAVES YOU

3    FIRMLY CONVINCED THAT THE DEFENDANT IS GUILTY.  IT IS NOT REQUIRED

4    THAT THE GOVERNMENT PROVE GUILT BEYOND ALL POSSIBLE DOUBT.

5        A REASONABLE DOUBT IS A DOUBT BASED UPON REASON AND COMMON

6    SENSE AND IS NOT BASED PURELY ON SPECULATION.  IT MAY ARISE FROM A

7    CAREFUL AND IMPARTIAL CONSIDERATION OF ALL THE EVIDENCE, OR FROM A

8    LACK OF EVIDENCE.

9        IF, AFTER A CAREFUL AND IMPARTIAL CONSIDERATION OF ALL THE

10   EVIDENCE, YOU ARE NOT CONVINCED BEYOND A REASONABLE DOUBT THAT THE

11   DEFENDANT IS GUILTY, IT IS YOUR DUTY TO FIND THE DEFENDANT NOT GUILTY.

12   ON THE OTHER HAND, IF AFTER A CAREFUL AND IMPARTIAL CONSIDERATION OF

13   ALL THE EVIDENCE, YOU ARE CONVINCED BEYOND A REASONABLE DOUBT THAT

14   THE DEFENDANT IS GUILTY, IT IS YOUR DUTY TO FIND THE DEFENDANT GUILTY.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**8.    EVIDENCE:  WHAT IS EVIDENCE**

THE EVIDENCE FROM WHICH YOU ARE TO DECIDE THE FACTS OF THIS CASE ARE:

1.    THE SWORN TESTIMONY OF ANY WITNESS;

2.    THE EXHIBITS WHICH HAVE BEEN RECEIVED INTO EVIDENCE;

3.    ANY FACTS TO WHICH THE LAWYERS HAVE STIPULATED;  AND

4.    ANY FACTS OF WHICH THE COURT HAS TAKEN JUDICIAL NOTICE.

1   **9.    EVIDENCE: WHAT IS NOT EVIDENCE**

2         IN REACHING YOUR VERDICT, YOU MAY CONSIDER ONLY THE EVIDENCE

3   THAT THE COURT HAS RECEIVED, THAT IS, THE TESTIMONY, EXHIBITS, AND ANY

4   STIPULATIONS.  CERTAIN THINGS, HOWEVER, ARE NOT EVIDENCE AND YOU MAY

5   NOT CONSIDER THEM IN DECIDING THE FACTS.  I WILL LIST THEM FOR YOU:

6         1.    ARGUMENTS AND STATEMENTS BY LAWYERS ARE NOT EVIDENCE.

7   THE LAWYERS ARE NOT WITNESSES.  WHAT THEY SAY IN THEIR OPENING OR

8   CLOSING STATEMENTS, AND AT OTHER TIMES, IS INTENDED TO HELP YOU

9   INTERPRET THE EVIDENCE, BUT IT IS NOT EVIDENCE.  IF THE FACTS AS YOU

10  REMEMBER THEM DIFFER FROM THE WAY THE LAWYERS STATE THEM, YOUR

11  MEMORY OF THEM CONTROLS.

12        2.    QUESTIONS AND OBJECTIONS BY LAWYERS ARE NOT

13   EVIDENCE.  ATTORNEYS HAVE A DUTY TO THEIR CLIENTS TO OBJECT WHEN

14  THEY BELIEVE A QUESTION IS IMPROPER UNDER THE RULES OF EVIDENCE. YOU

15  SHOULD NOT BE INFLUENCED BY THE QUESTION, THE OBJECTION, OR THE

16  COURT'S RULING ON IT.

17        3.    TESTIMONY THAT HAS BEEN EXCLUDED OR STRICKEN, OR THAT YOU

18  HAVE BEEN INSTRUCTED TO DISREGARD, IS NOT EVIDENCE AND MUST NOT BE

19  CONSIDERED.  IN ADDITION, SOME TESTIMONY AND EXHIBITS MAY HAVE BEEN

20  RECEIVED ONLY FOR A LIMITED PURPOSE; WHERE I HAVE GIVEN A LIMITING

21  INSTRUCTION, YOU MUST FOLLOW IT.

22        4.    ANYTHING YOU MAY HAVE SEEN OR HEARD WHEN THE COURT WAS

23  NOT IN SESSION IS NOT EVIDENCE.  YOU ARE TO DECIDE THE CASE SOLELY ON

24  THE EVIDENCE RECEIVED AT THE TRIAL.

25

26

27

28

**10.    EVIDENCE:  DIRECT AND CIRCUMSTANTIAL**

THERE ARE TWO KINDS OF EVIDENCE, DIRECT AND CIRCUMSTANTIAL. DIRECT EVIDENCE IS DIRECT PROOF OF A FACT, SUCH AS TESTIMONY OF AN EYEWITNESS.  CIRCUMSTANTIAL EVIDENCE IS INDIRECT EVIDENCE, THAT IS, PROOF OF A CHAIN OF FACTS FROM WHICH YOU COULD FIND THAT ANOTHER FACT EXISTS, EVEN THOUGH IT HAS NOT BEEN PROVED DIRECTLY.  YOU ARE TO CONSIDER BOTH KINDS OF EVIDENCE.  THE LAW PERMITS YOU TO GIVE EQUAL WEIGHT TO BOTH, BUT IT IS FOR YOU TO DECIDE HOW MUCH WEIGHT TO GIVE TO ANY EVIDENCE.

**11.** **CONSIDERATION OF THE EVIDENCE**

IN DECIDING THE FACTS IN THIS CASE, YOU MAY HAVE TO DECIDE WHICH TESTIMONY TO BELIEVE AND WHICH TESTIMONY NOT TO BELIEVE. YOU MAY BELIEVE EVERYTHING A WITNESS SAYS, OR PART OF IT, OR NONE OF IT.

IN CONSIDERING THE TESTIMONY OF ANY WITNESS, YOU MAY TAKE INTO ACCOUNT:

1.  THE OPPORTUNITY AND ABILITY OF THE WITNESS TO SEE OR HEAR OR KNOW THE THINGS THEY TESTIFIED TO;

2.  THE WITNESS' MEMORY;

3.  THE WITNESS' MANNER WHILE TESTIFYING;

4.  THE WITNESS' INTEREST IN THE OUTCOME OF THE CASE AND ANY BIAS OR PREJUDICE;

5.  WHETHER OTHER EVIDENCE CONTRADICTED THE WITNESS' TESTIMONY;

6.  THE REASONABLENESS OF THE WITNESS' TESTIMONY IN LIGHT OF ALL THE EVIDENCE; AND

7.  ANY OTHER FACTORS THAT BEAR ON BELIEVABILITY.

THE WEIGHT OF THE EVIDENCE AS TO A FACT DOES NOT NECESSARILY DEPEND ON THE NUMBER OF WITNESSES WHO TESTIFY.

**12.    EVIDENCE: STATEMENTS BY THE DEFENDANT**

YOU HAVE HEARD TESTIMONY THAT THE DEFENDANT MADE CERTAIN STATEMENTS.  IT IS FOR YOU TO DECIDE:

1.    WHETHER THE DEFENDANT MADE ANY STATEMENT; AND

2.    IF SO, HOW MUCH WEIGHT TO GIVE IT.

IN MAKING THOSE DECISIONS, YOU SHOULD CONSIDER ALL OF THE EVIDENCE ABOUT THE STATEMENT, INCLUDING THE CIRCUMSTANCES UNDER WHICH IT MAY HAVE BEEN MADE.

**13.    TRIAL ON CHARGES IN THE INDICTMENT**

THE DEFENDANT IS ON TRIAL ONLY FOR THE CRIMES CHARGED IN THE INDICTMENT, NOT FOR ANY OTHER ACTIVITIES.  YOUR DETERMINATION MUST BE MADE ONLY FROM THE EVIDENCE IN THE CASE.  YOU SHOULD CONSIDER EVIDENCE ABOUT THE ACTS, STATEMENTS, AND INTENTIONS OF OTHERS, OR EVIDENCE ABOUT OTHER ACTS OF THE DEFENDANT, ONLY AS THEY RELATE TO THESE CHARGES AGAINST THIS DEFENDANT.

**14.    COUNT ONE–ILLEGAL DISTRIBUTION OF OXYCODONE HYDROCHLORIDE:  ELEMENTS OF THE OFFENSE**

THE DEFENDANT IS CHARGED IN COUNT ONE OF THE INDICTMENT WITH KNOWINGLY AND INTENTIONALLY DISTRIBUTING OXYCODONE HYDROCHLORIDE, A SCHEDULE II CONTROLLED SUBSTANCE, WITHOUT PROPER CERTIFICATION FROM THE U.S. DRUG ENFORCEMENT ADMINISTRATION.  IN ORDER FOR YOU TO FIND THE DEFENDANT GUILTY OF THIS CHARGE, THE GOVERNMENT MUST PROVE EACH OF THE FOLLOWING ELEMENTS BEYOND A REASONABLE DOUBT**:**

> *FIRST, THE DEFENDANT KNOWINGLY AND INTENTIONALLY DISTRIBUTED OR DISPENSED OXYCODONE HYDROCHLORIDE, A SCHEDULE II CONTROLLED SUBSTANCE; AND*

> *SECOND, THE DEFENDANT WAS NOT AUTHORIZED BY THE UNITED STATES DRUG ENFORCEMENT ADMINISTRATION TO DISTRIBUTE SCHEDULE II CONTROLLED SUBSTANCES.*

-14-

1  **15.    COUNT TWO–ILLEGAL DISTRIBUTION OF MEPERIDINE: ELEMENTS OF**
2  **THE OFFENSE**

3           THE DEFENDANT IS CHARGED IN COUNT TWO OF THE INDICTMENT WITH
4  KNOWINGLY AND INTENTIONALLY DISTRIBUTING MEPERIDINE, A SCHEDULE II
5  CONTROLLED SUBSTANCE, WITHOUT PROPER CERTIFICATION FROM THE U.S.
6  DRUG ENFORCEMENT ADMINISTRATION.  IN ORDER FOR YOU TO FIND THE
7  DEFENDANT GUILTY OF THIS CHARGE, THE GOVERNMENT MUST PROVE EACH OF
8  THE FOLLOWING ELEMENTS BEYOND A REASONABLE DOUBT:

9           *FIRST, THE DEFENDANT KNOWINGLY AND INTENTIONALLY DISTRIBUTED OR*
   *DISPENSED MEPERIDINE, A SCHEDULE II CONTROLLED SUBSTANCE; AND*

10          *SECOND, THE DEFENDANT WAS NOT AUTHORIZED BY THE UNITED STATES*
11  *DRUG ENFORCEMENT ADMINISTRATION TO DISTRIBUTE SCHEDULE II*
12  *CONTROLLED SUBSTANCES.*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-15-

1

**16.    DEFINITION: KNOWINGLY**

AN ACT IS DONE KNOWINGLY IF THE DEFENDANT IS AWARE OF THE ACT AND DOES NOT ACT THROUGH IGNORANCE, MISTAKE, OR ACCIDENT.  THE GOVERNMENT IS NOT REQUIRED TO PROVE THAT THE DEFENDANT KNEW THAT HIS ACTS OR OMISSIONS WERE UNLAWFUL.  YOU MAY CONSIDER EVIDENCE OF THE DEFENDANT'S WORDS, ACTS, OR OMISSIONS, ALONG WITH ALL THE OTHER EVIDENCE, IN DECIDING WHETHER THE DEFENDANT ACTED KNOWINGLY.

1

2

## 17.  **CONDUCT OF DELIBERATIONS**

3

4
WHEN YOU BEGIN YOUR DELIBERATIONS, YOU SHOULD ELECT ONE

5
MEMBER OF THE JURY AS YOUR FOREPERSON.  THAT PERSON WILL PRESIDE

6
OVER THE DELIBERATIONS AND SPEAK FOR YOU HERE IN COURT.  YOU WILL

7
THEN DISCUSS THE CASE WITH YOUR FELLOW JURORS TO REACH AN

8
AGREEMENT IF YOU CAN DO SO.  YOUR VERDICT, WHETHER GUILTY OR NOT

9
GUILTY, MUST BE UNANIMOUS.

10
EACH OF YOU MUST DECIDE THE CASE FOR YOURSELF, BUT YOU SHOULD

11
DO SO ONLY AFTER YOU HAVE CONSIDERED ALL OF THE EVIDENCE, DISCUSSED

12
IT FULLY WITH THE OTHER JURORS, AND LISTENED TO THE VIEWS OF YOUR

FELLOW JURORS.

13

14
DO NOT BE AFRAID TO CHANGE YOUR OPINION IF THE DISCUSSION

15
PERSUADES YOU THAT YOU SHOULD, BUT DO NOT COME TO A DECISION SIMPLY

BECAUSE OTHER JURORS THINK IT IS RIGHT.

16

17
IT IS IMPORTANT THAT YOU ATTEMPT TO REACH A UNANIMOUS VERDICT

18
BUT, OF COURSE, ONLY IF EACH OF YOU CAN DO SO AFTER HAVING MADE YOUR

19
OWN CONSCIENTIOUS DECISION.  DO NOT CHANGE AN HONEST BELIEF ABOUT

THE WEIGHT AND EFFECT OF THE EVIDENCE SIMPLY TO REACH A VERDICT.

20

21

22

23

24

25

26

27

28

18.    **JUROR NOTES**

SOME OF YOU HAVE TAKEN NOTES DURING THE TRIAL.  WHETHER OR NOT YOU TOOK NOTES, YOU SHOULD RELY ON YOUR OWN MEMORY OF WHAT WAS SAID.  NOTES ARE ONLY TO ASSIST YOUR MEMORY.  YOU SHOULD NOT BE OVERLY INFLUENCED BY THE NOTES.

1

**19.    PUNISHMENT IRRELEVANT**

2

3         THE PUNISHMENT PROVIDED BY LAW FOR THIS CRIME IS FOR THE COURT

4    TO DECIDE.  YOU MAY NOT CONSIDER PUNISHMENT IN DECIDING WHETHER THE

5    GOVERNMENT HAS PROVED ITS CASE AGAINST THE DEFENDANT BEYOND A

6    REASONABLE DOUBT.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**20.**    <u>**BASIS OF VERDICT**</u>

YOUR VERDICT MUST BE BASED SOLELY ON THE EVIDENCE AND ON THE LAW AS I HAVE GIVEN IT TO YOU IN THESE INSTRUCTIONS.  HOWEVER, NOTHING THAT I HAVE SAID OR DONE IS INTENDED TO SUGGEST WHAT YOUR VERDICT SHOULD BE—THAT IS ENTIRELY FOR YOU TO DECIDE.

**21.**     **<u>VERDICT FORM</u>**

A VERDICT FORM HAS BEEN PREPARED FOR YOU.  AFTER YOU HAVE REACHED A UNANIMOUS AGREEMENT ON A VERDICT, YOUR FOREPERSON WILL FILL IN THE FORM THAT HAS BEEN GIVEN TO YOU, SIGN AND DATE IT, AND ADVISE THE BAILIFF THAT YOU ARE READY TO RETURN TO THE COURTROOM.

**22.      <u>COMMUNICATION WITH THE COURT</u>**

IF IT BECOMES NECESSARY DURING YOUR DELIBERATIONS TO COMMUNICATE WITH ME, YOU MAY SEND A NOTE THROUGH THE BAILIFF, SIGNED BY YOUR FOREPERSON OR BY ONE OR MORE MEMBERS OF THE JURY. NO MEMBER OF THE JURY SHOULD EVER ATTEMPT TO COMMUNICATE WITH ME EXCEPT BY A SIGNED WRITING, AND I WILL RESPOND TO THE JURY CONCERNING THE CASE ONLY IN WRITING, OR HERE IN OPEN COURT.  IF YOU SEND OUT A QUESTION, I WILL CONSULT WITH THE LAWYERS BEFORE ANSWERING IT, WHICH MAY TAKE SOME TIME.  YOU MAY CONTINUE YOUR DELIBERATIONS WHILE WAITING FOR THE ANSWER TO ANY QUESTION.  REMEMBER THAT YOU ARE NOT TO TELL ANYONE—INCLUDING ME—HOW THE JURY STANDS, NUMERICALLY OR OTHERWISE, ON THE QUESTION OF THE GUILT OF THE DEFENDANT, UNTIL AFTER YOU HAVE REACHED A UNANIMOUS VERDICT OR HAVE BEEN DISCHARGED.