RAMON K. QUICHOCHO, ESQ. (F0243)
LAW OFFICES OF RAMON K. QUICHOCHO, LLC
2nd Floor, Sign Arts Building, San Jose
P.O. Box 505621
Saipan, MP 96950
Tel. No.: 670.234.8946
Fax: 670.234.8920
Email: karissa129@gmail.com

MICHAEL W. DOTTS, ESQ. (F0150)
O'CONNOR BERMAN DOTTS & BANES
2nd Floor, Marianas Business Plaza
P.O. Box 501969
Saipan, MP 96950
Tel. No.: 670.234.5684
Fax: 670.234.5683
Email: attorneys@saipan.com

WILLIAM M. FITZGERALD, ESQ.
Law Office of William M. Fitzgerald
P.O. Box 500909
Saipan, MP 96950
Telephone No. (670)234-7241
Facsimile No. (670)234-7530

*Attorneys for Defendant Larry B. Hocog*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO.: 08-00016-001 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | DEFENDANT'S JURY VOIR DIRE |
| ) | QUESTIONS (PROPOSED) |
| LARRY BORJA HOCOG, ) | |
| ) | Date: July 7, 2008 |
| Defendant. ) | Time: 9:00 a.m. |
| ) | Judge: Honorable Alex R. Munson |

Defendant Larry Borja Hocog, by and through counsel, hereby submits his proposed jury voir dire questions, to be included in the Court's customarily asked questions.

Respectfully submitted this 30th day of June, 2008.

          O'CONNOR BERMAN DOTTS & BANES

          /s/MICHAEL W. DOTTS, ESQ.
          CNMI Bar No. F0150
          Attorneys for Defendant

          LAW OFFICES OF RAMON K. QUICHOCHO, LLC

          /s/RAMON K. QUICHOCHO, ESQ.
          CNMI Bar No. F0243
          Attorney for Defendant

## DEFENDANT'S PROPOSED JURY VOIR DIRE QUESTIONS

1. If you are selected as a juror in this case, can you presume that Dr. Hocog is innocent of the charges and hold the Government to its burden of proof beyond a reasonable doubt? If you cannot do this, please hold up your hand.

2. Are you, or is any member of your immediate family, a member of a law enforcement agency either at the present time or in the past?

3. If the evidence in this case shows that Dr. Hocog did the right thing by treating his patients' medical conditions without violating any law, are you willing to find Dr. Hocog not guilty?

4. Do you have any problems or prejudices with the fact that the law treats doctors differently than non-doctors regarding the distribution of controlled substances? If yes, please hold up your hand.

5. Does anybody think or feel that federal law enforcement personnel seldom make mistakes?

6. Does anybody think or feel that a defendant is probably guilty because he or she was indicted?

7. Does anybody have any bad experience with any doctor at the Commonwealth Health Center? If so, which doctor?