1  RAMON K. QUICHOCHO, ESQ. (F0243)
   LAW OFFICES OF RAMON K. QUICHOCHO, LLC
2  2nd Floor, Sign Arts Building, San Jose
   P.O. Box 505621
3  Saipan, MP 96950
   Tel. No.: 670.234.8946
4  Fax: 670.234.8920
   Email: karissa129@gmail.com
5
   MICHAEL W. DOTTS, ESQ. (F0150)
6  O'CONNOR BERMAN DOTTS & BANES
   2nd Floor, Marianas Business Plaza
7  P.O. Box 501969
   Saipan, MP 96950
8  Tel. No.: 670.234.5684
   Fax: 670.234.5683
9  Email: attorneys@saipan.com

10 WILLIAM M. FITZGERALD, ESQ.
   Law Office of William M. Fitzgerald
11 P.O. Box 500909
   Saipan, MP 96950
12 Telephone No. (670)234-7241
   Facsimile No. (670)234-7530
13
   *Attorneys for Defendant Larry B. Hocog*
14

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO.: 08-00016-001 |
| Plaintiff, | |
| vs. | DEFENDANT'S EXHIBITS LIST |
| LARRY BORJA HOCOG, | |
| Defendant. | Date: July 7, 2008<br>Time: 9:00 a.m.<br>Judge: Honorable Alex R. Munson |

COMES NOW Defendant Larry Borja Hocog, by and through counsel, and hereby submits his list of potential exhibits.

### EXHIBITS LIST

The following exhibits may be introduced at trial:

a. Commonwealth Health Center Prescription Form;

b.  Commonwealth Health Center Business Encounter Form;

c.  Any exhibits listed by the Government, except those Government exhibits that will be requested by Defendant to be excluded; and

d.  Any exhibits required by the trial testimony of other witnesses or introduction of other exhibits for a full and fair trial of this case.

Respectfully submitted this 30th day of June, 2008.

O'CONNOR BERMAN DOTTS & BANES

/s/MICHAEL W. DOTTS, ESQ.
CNMI Bar No. F0150
Attorneys for Defendant

LAW OFFICES OF RAMON K. QUICHOCHO, LLC

/s/RAMON K. QUICHOCHO, ESQ.
CNMI Bar No. F0243
Attorney for Defendant