RAMON K. QUICHOCHO, ESQ. (F0243)
LAW OFFICES OF RAMON K. QUICHOCHO, LLC
2nd Floor, Sign Arts Building, San Jose
P.O. Box 505621
Saipan, MP 96950
Tel. No.: 670.234.8946
Fax: 670.234.8920
Email: karissa129@gmail.com

MICHAEL W. DOTTS, ESQ. (F0150)
O'CONNOR BERMAN DOTTS & BANES
2nd Floor, Marianas Business Plaza
P.O. Box 501969
Saipan, MP 96950
Tel. No.: 670.234.5684
Fax: 670.234.5683
Email: attorneys@saipan.com

WILLIAM M. FITZGERALD, ESQ.
Law Office of William M. Fitzgerald
P.O. Box 500909
Saipan, MP 96950
Telephone No. (670)234-7241
Facsimile No. (670)234-7530

*Attorneys for Defendant Larry B. Hocog*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LARRY BORJA HOCOG,<br><br>Defendant. | CRIMINAL CASE NO.: 08-00016-001<br><br>**DEFENDANT'S VERDICT FORM**<br><br>Date: July 7, 2008<br>Time: 9:00 a.m.<br>Judge: Honorable Alex R. Munson |

Defendant Larry Borja Hocog, by and through counsel, hereby submits his proposed verdict form.

Respectfully submitted this 30th day of June, 2008.

        O'CONNOR BERMAN DOTTS & BANES

        /s/MICHAEL W. DOTTS, ESQ.
        CNMI Bar No. F0150
        Attorneys for Defendant

        LAW OFFICES OF RAMON K. QUICHOCHO, LLC

        /s/RAMON K. QUICHOCHO, ESQ.
        CNMI Bar No. F0243
        Attorney for Defendant

## DEFENDANT'S PROPOSED VERDICT FORM

We, the jury, render the following unanimous verdict as to Counts I and II of the Indictment:

### COUNT I: DISTRIBUTION OF OXYCODONE HYDROCHLORIDE

We, the jury, find the defendant Larry Borja Hocog

☐ NOT GUILTY

☐ GUILTY

of the offense of distribution of Oxycodone Hydrochloride, as charged in Count I of the Indictment.

### COUNT II: DISTRIBUTION OF MEPERIDINE

We, the jury, find the defendant Larry Borja Hocog

☐ NOT GUILTY

☐ GUILTY

of the offense of distribution of Meperidine, as charged in Count II of the Indictment.

_____
Jury Foreperson

### CERTIFICATION

I certify that the above decision represents the unanimous verdict of each and every juror in this case.

_____     _____
Jury Foreperson                                          Date