RAMON K. QUICHOCHO, ESQ. (F0243)
LAW OFFICES OF RAMON K. QUICHOCHO, LLC
2ⁿᵈ Floor, Sign Arts Building, San Jose
P.O. Box 505621
Saipan, MP 96950
Tel. No.: 670.234.8946
Fax: 670.234.8920
Email: karissa129@gmail.com

MICHAEL W. DOTTS, ESQ. (F0150)
O'CONNOR BERMAN DOTTS & BANES
2ⁿᵈ Floor, Marianas Business Plaza
P.O. Box 501969
Saipan, MP 96950
Tel. No.: 670.234.5684
Fax: 670.234.5683
Email: attorneys@saipan.com

WILLIAM M. FITZGERALD, ESQ.
Law Office of William M. Fitzgerald
P.O. Box 500909
Saipan, MP 96950
Telephone No. (670)234-7241
Facsimile No. (670)234-7530

Attorneys for Defendant Larry B. Hocog

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO.: 08-00016-001 |
| Plaintiff, | |
| vs. | DECLARATION OF LARRY BORJA HOCOG IN SUPPORT OF MOTION IN LIMINE |
| LARRY BORJA HOCOG, | |
| Defendant. | Date: July 3, 2008 |
| | Time: 1:30 a.m. |
| | Judge: Honorable Alex R. Munson |

I, LARRY BORJA HOCOG, do hereby declare and state as follows:

1. I am over eighteen (18) years of age, legally competent to testify, and have personal knowledge of the matters set forth herein.

2. I am the Defendant in the above-referenced case.

3. On or about December 21, 2004, the Medical Profession Licensing Board granted me a license to practice medicine, but it placed conditions.

4. On February 5, 2008, my former counsel and I executed the Special Terms and Conditions of Medical License (the "License Terms and Conditions") that was prepared by former Assistant Attorney General Dana Emery, pursuant to the Medical Professional Licensing Board's decision to grant me a conditional license to practice medicine. A true and correct copy of the License Terms and Conditions (part of Government's Exhibit 4) is attached as Exhibit A, and incorporated herein by reference.

5. Condition 4 of the License Terms and Conditions says that "I shall not prescribe any U.S. federally controlled substances to outpatients for twelve months following the date of issuance of my license."

6. Condition 5 of the License Terms and Conditions says that "I agree to only prescribe U.S. federally controlled substance through the course of my employment at the Commonwealth Health Center (CHC) and only when those substances are part of specified course of treatment for an admitted patient."

7. Furthermore, Condition 5 of the License Terms and Conditions says, "When I issue prescriptions to 'in-patients', I agree that an identified supervising CHC physician will countersign such prescriptions."

8. On or around February 27, 2006, however, the Medical Profession Licensing Board, by and through counsel, informed me that the Medical Profession Licensing Board extended the originally imposed conditions for an additional 12-month period to run concurrent with the term of my license to practice medicine in the CNMI, which expired in December 2006. A true and correct

copy of the February 27, 2006 letter from the Medical Profession Licensing Board is attached as Exhibit B, and incorporated herein by reference.

9. When I received my current license to practice medicine, I subsequently discovered that the words "*****RESTRICTED LICENSE*****LICENSEE CAN ONLY PRESCRIBE SCHEDULE IV AND V CONTROLLED SUBSTANCES" were type-written on my license. A true and correct copy of the Medical License (Government's Exhibit 3) is attached as Exhibit C, and incorporated herein by reference.

10. I was never given any notice of hearing or opportunity to be heard regarding any extension of the restrictions on my license as originally imposed and which expired in December 2006.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed this 3rd day of July, 2008, in Saipan, Commonwealth of the Northern Mariana Islands.

LARRY BORJA HOCOG, M.D.

# EXHIBIT A

**("License Terms and Conditions")**

EXHIBIT B

## SPECIAL TERMS AND CONDITIONS OF MEDICAL LICENSE
## LARRY B. HOCOG, MD

I, Dr. Larry B. Hocog, do agree to the following special terms and conditions associated with receiving a license to practice medicine in the Commonwealth of the Northern Marianas Islands:

1. I agree to submit to random drug and alcohol testing, the frequency to be determined by the Medical Professional Licensing Board;

2. I shall enroll and participate in ongoing addiction counseling and abide by all recommended treatment;

3. I shall enroll and participate in anger management counseling for a period specific by the Board;

4. I shall not prescribe any U.S. federally controlled substances to outpatients for twelve months following the date of issuance of my license;

5. I agree to only prescribe U.S. federally controlled substance through the course of my employment at the Commonwealth Health Center (CHC) and only when those substances are part of specified course of treatment for an admitted patient. When I issue prescriptions to "in-patients", I agree that an identified supervising CHC physician will countersign such prescriptions.

6. I agree to maintain complete and accurate medical records at all times. I agree that a representative of the Medical Professional Licensing Board may audit my records at any time.

7. I agree to ensure that the Medical Professional Licensing Board has complete and accurate information regarding my current employment. Such information shall include, at a minimum, the name of my employer, my employer's mailing address, physical location of place of business and telephone number. Should I change employers at any time, I am to ensure that I notify the MLB, at least sixty (60) days prior to commencing work at my new employer.

8. I shall complete 80 hours of community service required by the terms of the plea agreement entered in CNMI Superior Court Criminal Case N. 03-033R. I understand that although I may complete my community service at CHC, I may not receive any type of compensation for these 80 hours of service and these hours must be performed above and beyond my regular hours of work as a physician at CHC.

_____ Initials

_____ Counsel Initials

1

9.  I shall successfully complete any remaining conditions of my plea agreement in Criminal Case N. 03-033R. Should I fail to abide by any of the conditions of the plea agreement my license to practice medicine will be subject to suspension or revocation.

10. I agree to abide by additional conditions as may be required by the Medical Professional Licensing Board during the term of my license.

I hereby agree to these Conditions.

__2/2/05__
Date

__2/2/05__
Date

Larry B. Hocog

Pete Atalig, Attorney at Law
Counsel to Larry B. Hocog

2

# EXHIBIT B

**("February 27, 2006 Letter from Dana Emery")**



## Commonwealth of the Northern Mariana Islands

Medical Profession Licensing Board

February 27, 2006

Larry B. Hocog, MD
P.O. Box 1347
Rota, MP 96951

Dear Dr. Hocog:

This is to inform you that the Medical Profession Licensing Board (MPLB) has concluded its' review of your license to practice medicine. You were previously issued a license to practice medicine on December 21, 2004. As you are aware, that license was subject to special conditions. On February 24, 2005, you appeared before the Board in connection with this review and although you had no objection to the Board's extension of the exiting conditions, you requested that the Board modify the conditions with respect to your ability to prescribe certain classes of controlled substances.

The Medical Licensing Board has determined that the conditions originally imposed on December 21, 2004 shall be extended for an additional 12-month period to run concurrent with the term of your license to practice medicine in the CNMI, which is expires in December 2006. The Board will continue the existing limitation related to Schedule I, II and III controlled substances, however the Board has agreed to modify the conditions to permit you to prescribed Schedule IV and V controlled substances.

Should you have questions, you may contact me at 664-2336.

Sincerely,

Dana Emery
Assistant Attorney General

PL
Ex 7

CNMI Medical Profession Licensing Board
P.O. Box 501458
Saipan, MP 96950
Telephone: (670) 664-4811

# EXHIBIT C
## ("License to Practice Medicine")



The Commonwealth of the Northern Mariana Islands

Medical Profession Licensing Board

It is hereby certified that

LARRY BORJA HOCOG

has satisfactorily complied with and completed the statutory requirements set forth in P.L. 3-30 of the C.N.M.I. to engage in the practice of

Medicine and Surgery

and is hereby authorized, empowered and granted the right to engage in that practice within the Commonwealth of the Northern Mariana, subject to the Commonwealth laws and the rules and regulations of the Medical Profession Licensing Board.

*********RESTRICTED LICENSE*****

LICENSEE CAN ONLY PRESCRIBE SCHEDULE IV AND V CONTROLLED SUBSTANCES.

GIVEN UNDER THE HAND AND SEAL OF THE CNMI

THIS 1ST DAY OF JANUARY 2017

No. 0023

EXPIRATION: DECEMBER 31, 2008

DAVID HARDT, O.D.
CHAIRMAN
MEDICAL PROFESSION LICENSING BOARD

NORMA E. ADA, M.D.
SECRETARY

COMMONWEALTH OF THE NORTHERN MARIANA ISLA
Medical Profession Licensing Boar
SAIPAN, MP 96950

LARRY BORJA HOCOG
as
Physician    0023    12/31/0
PROPRIETOR    NUMBER    EXPIRES
David Hardt, O.D.

GOVERNMENT EXHIBIT