F I L E D
Clerk
District Court

JUL -3 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08-0016 |
| Plaintiff, | |
| v. | NOTICE OF RULINGS ON MOTIONS IN LIMINE |
| LARRY BORJA HOCOG, | |
| Defendant. | |

THIS MATTER came before the Court on Thursday, July 3, 2008 at 1:30 pm pursuant to motions *in limine* filed by Defendant Larry Borja Hocog and the United States of America. The trial in this matter is scheduled to begin on Monday, July 7, 2008 at 9:00 am. In order to timely apprise counsel of the Court's ruling, the Court hereby notifies the parties that it will rule on the motions as follows:

I. **Government's Motion *In Limine* to Exclude Certain Arguments and Evidence.**
   Ruling:    GRANTED as to both requests.

II. **Government's Motion *In Limine* to Exclude Certain Persons From the Courtroom.**
   Ruling:    DENIED.

III. **Defense's Motion *In Limine* Re Testimoney of Michael J. Lewis.**
   Ruling:    DENIED.

IV. **Defense's Motion *In Limine*.**
   1. **Re: Government's Exhibit 1.**
      Ruling:    DENIED.
   2. **Government's Exhibit 2.**
      Ruling:    Reserve ruling until time of trial

AO 72
(Rev. 08/82)

3. Government's Exhibit 3.

　　Ruling:　　DENIED

4. Government's Exhibit 5 (in part).

　　Ruling:　　DENIED

5. Government's Exhibit 16.

　　Ruling:　　GRANTED

V. **Defense's Objection to Government's Proposed Jury Instruction 14&15 and Proposed *Voir Dire* Questions 2 & 6.**

1. **Objection to Jury Instructions.**

　　Ruling:　　Reserve ruling.

2. **Objection to *Voir Dire* Questions.**

　　Ruling:　　DENIED.

A further order of the Court regarding these matters will follow.

**IT IS SO NOTICED.**

Dated:　　July 3, 2008

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ALEX R. MUNSON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE