William M. Fitzgerald, Esq. (F0110)
LAW OFFICES OF WILLIAM M. FITZGERALD
2nd Fl. Macaranas Bldg., Garapan Beach Road
P.O. Box 500909
Saipan, MP 96950
Telephone: (670) 234-7241
Fax: (670) 234-7530

Attorney for Defendant Larry B. Hocog

F I L E D
Clerk
District Court

JUL - 7 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LARRY BORJA HOCOG,<br><br>Defendant. | CRIMINAL CASE NO. 08-00016<br><br><br>**ENTRY OF APPEARANCE** |

William M. Fitzgerald, Esq. hereby enters his appearance as co-counsel with Ramon K. Quichocho, Esq. and Michael W. Dotts, Esq. for defendant Larry Borja Hocog in the above-captioned matter.

DATED this 7th day of July, 2008.

Respectfully submitted,
LAW OFFICE OF WILLIAM M. FIZGERALD

_/s/ William M. Fitzgerald_
William M. Fitzgerald, Esq.
Attorney for defendant