# TRIAL MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS

CR-08-00016                                                July 7, 2008
                                                           10:10 a.m.

## United States of America -vs- Larry Borja Hocog

PRESENT:    Hon. Alex R. Munson, Chief Judge
            Sanae Shmull, Court Reporter
            K. Lynn Lemieux, Courtroom Deputy
            Eric O'Malley, Assistant U.S. Attorney
            Ramon Quichocho, Attorney for Defendant
            Michael Dotts, Attorney for Defendant
            William Fitzgerald, Attorney for Defendant
            Larry Borja Hocog, Defendant


Proceedings:    Jury Trial - Jury Selection

    Government by Eric O'Malley, AUSA. Also present at Government's table; Special Agent, Daniel Holcomb.  Defendant, Larry Borja Hocog, was present with counsels, Attorneys Ramon Quichocho, Michael Dotts and William Fitzgerald.  Seventy-Five perspective jurors were present.

    Court began voir dire.  At 12:45 p.m. twelve regular jurors and two alternate jurors were empaneled.  Jurors were sworn.

    Jurors were excused for lunch at 12:45 p.m. Court admonished the jurors not to speak with anyone about the case and to return at 2:30 p.m. to continue with the trial.  Jurors left the Courtroom.

    Outside the presence of the jury, Government and Defense moved that all witnesses be kept out of the Courtroom until called to testify.  Court so ordered.

    Court recessed for lunch at 12:50 p.m. and reconvened at 2:50 p.m.

    Court gave an introduction to the trial of this case.

Government began opening statement at 3:05 p.m. and ended at 3:14 p.m.

Defense, through Attorney Dotts, began opening argument at 3:14 p.m.

U.S. Marshal notified the Court that the power needed to be shut off and that we would take a break until the power could be reset on generator.  Court recessed at 3:16 p.m.  Power was reset and Court reconvened at 3:20 p.m.

Attorney Dotts continued with opening argument at 3:20 p.m. and concluded at 3:30 p.m.

Government called witness at 3:30 p.m.:

**MICHAEL JAMES LEWIS** (DEA, Los Angeles) DX.  Government's  Ex. 1 (DEA Controlled Substance Registration Certificate).  Government moved to admit Ex. 1 into evidence; no objection, Court so ordered. Government's  Ex. 2 (Certification of Registration States, dated April 10, 2008).  Government moved to admit Ex. 2 into evidence; no objection, Court so ordered.  Attorney Quichocho began CX at 4:08 p.m.

At 4: 20 p.m.  U.S. Marshal reported to the Court that there was a fire in the building and everyone had to be evacuated.  Court adjourned the trial until 9:00 a.m. tomorrow.  All parties and jurors were escorted out of the building.

                                                             Adjourned at 4:20 p.m.

By:_____/s/_____
      K. Lynn Lemieux
      Courtroom Deputy