# CRIMINAL JURY PEREMPTORY CHALLENGE SHEET

| DATE | Monday, July 7, 2008 | DOCKET NO. | CR-08-00016 |
|---|---|---|---|
| CAPTION | United States of America      -vs- | Larry Borja Hocog | |
| ATTORNEYS | Eric O'Malley, AUSA | Ramon Quichocho, Michael Dotts, William Fitzgerald | |

| | 7 | | 8 | | 9 | | 10 | | 11 | | 12 | | ALTERNATE 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GP | ~~Celis, Regino~~ | | Aguon, Jotonia | GP | ~~Castro, Gloria~~ | GP | ~~Rangamar, Daniel~~ | DP | ~~Tudela, Lee~~ | CC | ~~Banca, Mario~~ | | Duenas, Rowena |
| | Cruz, Lucia | | | DP | ~~Magofna, Antonia~~ | CC | ~~Castro, Jeremy~~ | | Lifoifoi, Allan | | Fitial, Jessica | | |
| | | | | | Babauta, Jervy | DP | ~~Rogolifoi, Fabiana~~ | | | | | | |
| | | | | | | | Sablan, Madonna | | | | | | |

| | 1 | | 2 | | 3 | | 4 | | 5 | | 6 | | ALTERNATE 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Aldan, Jennifer | GP | ~~Manglona, Tom~~ | | Blas, Donna | | Castro, Priscilla | DP | ~~Ogumoro, Joaquin~~ | | Taitano, Jose | DP | ~~Sablan, Verna~~ |
| | | DP | ~~San Nicolas, Joaquin~~ | | | | | DP | ~~Hanson, Mariana~~ | | | | Cepeda, Paulina |
| | | GP | ~~Sasamoto, Gregorio~~ | | | | | CC | ~~Taisacan, Shelwyn~~ | | | | |
| | | DP | ~~Tudela, Delcina~~ | | | | | GP | ~~Sakisat, Fermin~~ | | | | |
| | | GP | ~~Tian, Lourdes~~ | | | | | | Sanchez, Teresita | | | | |
| | | CC | ~~Taylor, Celina~~ | | | | | | | | | | |
| | | | Quitugua, Phillip | | | | | | | | | | |

CODES:  **CC** = *Challenge for Cause*   **DP** = *Defendant's Peremptory Challenge*   **GP** = *Government's Peremptory Challenge*

## CHALLENGES TAKEN

| PLAINTIFF | | DEFENSE | |
|---|---|---|---|
| CHALLENGE | ACTION | CHALLENGE | ACTION |
| GP | Manglona, Tom | DP | Ogumoro, Joaquin |
| | | DP | Castro, Gloria |
| GP | Celis, Regino | DP | San Nicolas, Joaquin |
| | | DP | Magofna, Antonio |
| GP | Rangamar, Daniel | DP | Hanson, Mariana |
| | | DP | Rogolifoi, Fabiana |
| GP | Sasamoto, Gregorio | DP | Tudela, Delcina |
| | | DP | Tudela, Lee |
| | Sakisat, Fermin | | PASS |
| | Tian, Lourdes | | PASS |

| | PASS | | Sablan, Verna |
|---|---|---|---|
| | | | |