AO 89 (Rev. 5/85) Subpoena

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

LARRY BORJA BOCOG

**SUBPOENA**

CASE NUMBER: 08–00016

| TYPE OF CASE | | SUBPOENA FOR | |
|---|---|---|---|
| ☐ CIVIL | ☒ CRIMINAL | ☒ PERSON | ☐ DOCUMENT(S) or OBJECT(S) |

TO:

Ruben Arafiles, MD
Commonwealth Health Center
Saipan, MP 96950

YOU ARE HEREBY COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| U.S. District Court Horiguchi Building. Beach Road, Garapan Saipan, MP 96950 | DATE AND TIME: July 10, 2008/ 9:00 a.m. |

YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s): *

☐ See additional information on reverse

This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| U.S. MAGISTRATE OR CLERK OF COURT | DATE |
|---|---|
| Galo L. Perez | |
| (BY) DEPUTY CLERK | |

This subpoena is issued upon application of the:

☐ Plaintiff    ☒ Defendant    ☐ U.S. Attorney

QUESTIONS MAY BE ADDRESSED TO:

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

AO 89 (Rev. 5/85)  Subpoena

## RETURN OF SERVICE(1)

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 7/7/08 | LAW OFFICE OF O'CONNER BERMAN DOTTS & BANES IN SUSUPE |
| | DATE | PLACE |
| SERVED. | 7/7/08 | AT COMMONWEALTH HEALTH CENTER IN LOWER NAVY HILL |

| SERVED ON (NAME) | FEES AND MILEAGE TENDERED TO WITNESS(2) |
|---|---|
| RUBEN ARAFILES | ☐ YES  ☐ NO   AMOUNT $ _____ |

| SERVED BY | TITLE |
|---|---|
| RAINALDO S. AGULTO | PROCESS SERVER |

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $ 25.00 | $ 25.00 |

### DECLARATION OF SERVER (2)

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7/7/08
Date

Signature of Server

P.O.BOX 5340 CHRB SAIPAM MP 96950
Address of Server

ADDITIONAL INFORMATION

(1) As to who may serve a subpoena and the manner of its service see Rule 17(d), Federal Rules of Criminal Procedure, or Rule 45(c), Federal Rules of Civil Procedure.
(2) "Fees and mileage need not be tendered to the deponent upon service of a subpoena issued on behalf of the United States or an officer or agency thereof