William M. Fitzgerald
LAW OFFICES OF WILLIAM M. FITZGERALD
Second Floor, Macaranas Building
Beach Road, Garapan, Saipan, CNMI
Mail: PO Box 500909 Saipan MP 96950
Phone: 234-7241
Fax: 234-7530

Ramon K. Quichocho
LAW OFFICE OF RAMON K. QUICHOCHO, LLC
Second Floor, Sign Arts Building
Ch. Msgr. Guerrero, San Jose, Saipan, CNMI
Mail: PO Box 505621 Saipan MP 96950
Phone: 234-8946
Fax: 234-8920

Michael W. Dotts / Joseph E. Horey
O'CONNOR BERMAN DOTTS & BANES
Second Floor, Nauru Building
Marianas Business Plaza
Nauru Loop, Susupe, Saipan, CNMI
Mail: PO Box 501969 Saipan MP 96950
Phone: 234-5684
Fax: 234-5683

Attorneys for Defendant

## IN THE DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08-00016 |
| Plaintiff, | |
| vs. | DEFENDANT'S SUPPLEMENTAL PROPOSED JURY INSTRUCTIONS |
| LARRY BORJA HOCOG, | |
| Defendant. | |

Defendant hereby submits the attached supplemental proposed jury instructions.

Respectfully submitted this 9th day of July, 2008.

LAW OFFICES OF WILLIAM M. FITZGERALD
Attorney for Defendant

by:_____/s/_____
       William M. Fitzgerald

| | |
|---|---|
| LAW OFFICES OF RAMON K. QUICHOCHO<br>Attorneys for Defendant | O'CONNOR BERMAN DOTTS & BANES<br>Attorneys for Defendant |
| by: _____/s/_____<br>Ramon K. Quichocho | by: _____/s/_____<br>Michael W. Dotts<br>Joseph E. Horey |

*3391-02-080709-supplemental jury instructions.wpd*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INSTRUCTION NO. _____

## SCHEDULE II CONTROLLED SUBSTANCES

Except when dispensed directly by a practitioner, other than a pharmacist, to an ultimate user, no controlled substance in schedule II, which is a prescription drug as determined under the Federal Food, Drug, and Cosmetic Act, may be dispensed without the written prescription of a practitioner, except that in emergency situations, as prescribed by the Secretary by regulation after consultation with the Attorney General, such drug may be dispensed upon oral prescription in accordance with section 503(b) of that Act. Prescriptions shall be retained in conformity with the requirements of section 827 of this title. No prescription for a controlled substance in schedule II may be refilled.

21 U.S.C. § 829(a).

INSTRUCTION NO. __ ___

## DISPENSE—DEFINED

     The term "dispense" means to deliver a controlled substance to an ultimate user or research subject by, or pursuant to the lawful order of, a practitioner, including the prescribing and administering of a controlled substance and the packaging, labeling, or compounding necessary to prepare the substance for such delivery. The term "dispenser" means a practitioner who so delivers a controlled substance to an ultimate user or research subject.

21 U.S.C. § 802(10).

INSTRUCTION NO. \_\_\_\_\_

## PRESCRIPTION—DEFINED

The term prescription means an order for medication which is dispensed to or for an ultimate user but does not include an order for medication which is dispensed for immediate administration to the ultimate user. (e.g., an order to dispense a drug to a bed patient for immediate administration in a hospital is not a prescription.)

21 C.F.R. § 1300.01(b)(35)

INSTRUCTION NO. _____

## DISTRIBUTE—DEFINED

The term "distribute" means to deliver (other than by administering or dispensing) a controlled substance or a listed chemical. The term "distributor" means a person who so delivers a controlled substance or a listed chemical.

21 U.S.C. § 802(11).

INSTRUCTION NO. _____

## DELIVER OR DELIVERY—DEFINED

The terms "deliver" or "delivery" mean the actual, constructive, or attempted transfer of a controlled substance or a listed chemical, whether or not there exists an agency relationship.

21 U.S.C. § 802(8).

INSTRUCTION NO. _____

## PRACTITIONER—DEFINED

The term "practitioner" means a physician, dentist, veterinarian, scientific investigator, pharmacy, hospital, or other person licensed, registered, or otherwise permitted, by the United States or the jurisdiction in which he practices or does research, to distribute, dispense, conduct research with respect to, administer, or use in teaching or chemical analysis, a controlled substance in the course of professional practice or research.

21 U.S.C. § 802(21).

INSTRUCTION NO. _____

## ULTIMATE USER—DEFINED

The term "ultimate user" means a person who has lawfully obtained, and who possesses, a controlled substance for his own use or for the use of a member of his household or for an animal owned by him or by a member of his household.

21 U.S.C. § 802(27).

INSTRUCTION NO. \_\_\_\_

## ADMINISTER—DEFINED

The term "administer" refers to the direct application of a controlled substance to the body of a patient or research subject by --

    (A) a practitioner (or, in his presence, by his authorized agent), or
    (B) the patient or research subject at the direction and in the presence of the practitioner, whether such application be by injection, inhalation, ingestion, or any other means.

21 U.S.C. § 802(2).

INSTRUCTION NO. _____

## PRACTIONERS EMPLOYED BY HOSPTALS

An individual practitioner who is an agent or employee of a hospital or other institution my, when acting in the normal course of business or employment, administer, dispense, or prescribe controlled substances under the registration of the hospital or other institution which is registered in lieu of being registered him/herself, provided that:

(1) Such dispensing, administering or prescribing is done in the usual course of his/her professional practice;

(2) Such individual practitioner is authorized or permitted to do so by the jurisdiction in which he/she is practicing;

(3) The hospital or other institution by whom he/she is employed has verified that the individual practitioner is so permitted to dispense, administer, or prescribe drugs within the jurisdiction;

(4) Such individual practitioner is acting only within the scope of his/her employment in the hospital or institution;

(5) The hospital or other institution authorizes the individual practitioner to administer, dispense or prescribe under the hospital registration and designates a specific internal code number for each individual practitioner so authorized; and

(6) A current list of internal codes and the corresponding individual practitioners is kept by the hospital or other institution and is made available at all times to other registrants and law enforcement agencies upon request for the purpose of verifying the authority of the prescribing individual practitioner.

21 CFR § 1301.22; 62 FR 13950, Mar. 24, 1997