# TRIAL MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS

CR-08-00016                                     July 9, 2008
                                                9:10 a.m.

## United States of America -vs- Larry Borja Hocog

PRESENT:    Hon. Alex R. Munson, Chief Judge
            Sanae Shmull, Court Reporter
            K. Lynn Lemieux, Courtroom Deputy
            Eric O'Malley, Assistant U.S. Attorney
            Ramon Quichocho, Attorney for Defendant
            Michael Dotts, Attorney for Defendant
            William Fitzgerald, Attorney for Defendant
            Larry Borja Hocog, Defendant

Proceedings:     Jury Trial - Day Three

Government by Eric O'Malley, AUSA. Also present at Government's table; Special Agent, Daniel Holcomb. Defendant, Larry Borja Hocog, was present with counsels, Attorneys Ramon Quichocho, Michael Dotts and William Fitzgerald. 12 regular jurors and two alternates were present.

Government called witness:

**MILA B. TAN** (CHC Nurse). DX. CX by Attorney Quichocho. RDX. Witness was excused at 9:50 a.m.

Government called witness:

**CRYSTAL HEMLEY**. DX. CX. Witness was excused at 10:10 a.m.

Government called witness:

**YVONNE PANGELINAN**. DX. CX. Witness was excused at 10:15 a.m.

Government called witness:

**ROQUE NORITA**. (Employee of Washington Rep.) DX. CX. Witness was excused at 10:25 a.m.

Jurors were excused from the Courtroom at 10:25 a.m. for morning break.

Outside the presence of the jury, Government brought up several issues with the Court. Discussions were had with all parties.

Court recessed at 10:28 a.m. and reconvened at 10:45 a.m.

Government called witness:

**ROWENA ALTURES**. (Nurse at CHC). DX. CX. RDX. Witness was excused at 11:00 a.m.

Government called witness:

**DR. EDWARD CORNETTE.** DX.

Jurors were excused for lunch at 11:30 a.m. and told to return at 1:30 p.m. Jurors left the Courtroom.

Attorneys discussed with the Court several issues regarding the progress of the trial.

Court recessed at 11:32 a.m. and reconvened at 1:40 p.m.

Attorney Quichocho began CX of witness Coronette. Government began RDX at 2:03 p.m. Witness was excused at 2:05 p.m.

Government rested their case at 2:05 p.m.

Jurors were excused from the Courtroom at 2:06 p.m.

Attorney Fitzgerald moved for the Government to turn over all minutes from the Medical Licensing Board. Government reported to the Court that they do not have such records. Attorney Fitzgerald reported to the Court that they have subpoenaed the documents (as of this afternoon), however, the Director of the Medical Licensing Board is off-island and they are not sure when the documents may be turned over.

At 2:15 p.m., it was reported to the Court, by Defense, that the documents had arrived and they moved for some time to review them. Court so agreed after motions were argued.

Attorney Quichocho moved for Judgment of Acquittal. Government argued. Court denied the motion.

Court recessed at 2:30 p.m. and reconvened at 2:50 p.m.

Outside the presence of the jury, Attorney Dotts and Government moved for a stipulation to be given to the jury that Crystal Hemley, a witness, had previously been arrested and a statement of that fact would be prepared to read to the jury. Court so ordered.

Jurors were brought into the Courtroom.

**Defense began their case at 2:55 p.m.**

Defense called witness:

**FLORENCE SABLAN**. (Medical Licensing Board, Director). DX. Defense Ex. K (Board Meeting Minutes of December 6, 2007). Witness was excused at 2:58 p.m.

Government called witness:

**DR. NORMA ADA**. (Physician). DX. Witness was excused at 3:05 p.m.

Court recessed at 3:10 p.m. to reconvene tomorrow at 9:00 a.m.

                                              Adjourned at 3:10 p.m.


                                        By:_____/s/_____
                                           K. Lynn Lemieux
                                           Courtroom Deputy