F I L E D
Clerk
District Court

JUL 10 2008

UNITED STATES DISTRICT COURT
For The Northern Mariana Islands
NORTHERN MARIANA ISLANDS   By_____
(Deputy Clerk)

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>            Plaintiff,  )<br>  )<br>      v.  )<br>  )<br>  )<br>LARRY BORJA HOCOG,  )<br>  )<br>            Defendant.  )<br>_____ ) | Criminal Case No. 08-00016<br><br>STIPULATED FACTS<br><br>Trial:  July 7, 2008<br>Time:  9:00 a.m.<br>Judge: Hon. Alex R. Munson |

The parties in the above-captioned case hereby stipulate and agree to the attached facts.

LEONARDO M. RAPADAS
United States Attorney
District of the Northern Mariana Islands

/s/ Ramon K. Quichocho                              By: /s/ Eric S. O'Malley
RAMON K. QUICHOCHO                          ERIC S. O'MALLEY
Attorney for Defendant                              Assistant United States Attorney

DATE: 7/6/08                                              DATE: 7/10/08

## UNITED STATES v. LARRY BORJA HOCOG

## STIPULATED FACTS

1. That Crystal Hemley was arrested in October 1996 for Theft and Forgery.
2. That Crystal Hemley was charged in December 2000 for Forgery and Possession of Forged Written Instruments.
3. That Crystal Hemley was arrested in September 2001 for Theft.