# TRIAL MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS

CR-08-00016                                                      July 10, 2008
                                                                 10:00 a.m.

## United States of America -vs- Larry Borja Hocog

PRESENT:   Hon. Alex R. Munson, Chief Judge
           Sanae Shmull, Court Reporter
           K. Lynn Lemieux, Courtroom Deputy
           Eric O'Malley, Assistant U.S. Attorney
           Ramon Quichocho, Attorney for Defendant
           Michael Dotts, Attorney for Defendant
           William Fitzgerald, Attorney for Defendant
           Larry Borja Hocog, Defendant

Proceedings:      Jury Trial - Day Four

    Government by Eric O'Malley, AUSA. Also present at Government's table; Special Agent, Daniel Holcomb. Defendant, Larry Borja Hocog, was present with counsels, Attorneys Ramon Quichocho, Michael Dotts and William Fitzgerald. 12 regular jurors and two alternates were present.

    Outside the presence of the jurors, matters were discussed regarding jury instructions.

    Jurors were brought into the Courtroom at 10:02 a.m.

    Court read a stipulation (by both parties) to the jury.

    Defense rested their case at 10:03 a.m.

    Jurors were escorted out of the Courtroom at 10:04 a.m.

    Outside the presence of the jury, Attorney Quichocho moved for Judgment of Acquittal. Government stood on yesterday's argument. Court DENIED the motion.

    Attorney Quichocho objected to the wording in jury instruction #19; further, he argued that there were proposed jury instructions that were filed by Defense that were denied and were

hence omitted.  Government argued that the jury instructions were appropriate as now submitted.

    At 10:13 a.m. jurors were brought back into the Courtroom.

    Government began closing argument at 10:14 a.m. and concluded at 10:20 a.m.  Attorney Dotts began closing argument at 10:25 a.m. and finished at 11:15 a.m.  Government began final argument at 11:15 a.m. and concluded at 11:33 a.m.

    Jurors were escorted out of the Courtroom at 11:33 a.m. and Court recessed.

    Court reconvened at 11:50 a.m. with all parties and jury present.

    Court read instructions to the jury.

    Court excused alternates at 12:15 p.m.

    Jurors were escorted into the jury deliberation room at 12:16 p.m. along with the exhibits, verdict form and jury instructions.

    Court recessed at 12:17 p.m.

    Jurors were escorted to lunch at 12:20 p.m. and returned at 1:43 p.m. to continue their deliberation.

    Jurors were excused at 4:30 p.m. and were told to return at 9:00 a.m. to continue deliberation.

                                                             Adjourned at 4:30 p.m.

                                                    By:     /s/
                                                          K. Lynn Lemieux
                                                          Courtroom Deputy