| United States of America -vs- Larry Borja Hocog | | | | District Court<br>Northern Mariana Islands, Saipan, MP 96950 | |
|---|---|---|---|---|---|
| **Government's Attorney**<br>Eric O'Malley, AUSA | | **Defendant's Attorney**<br>Ramon Quichohco/Michael Dotts/Wm. Fitzgerald | | **Docket Number**  CR-08-00016 | |
| | | | | **Trial Date(s)**  July 7 - 10, 2008 | |
| **Presiding Judge**  Alex R. Munson | | **Court Reporter**  Sanae Shmull | | **Courtroom Deputy**  K. Lynn Lemieux | |

| | NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 7/7/08 | | | MICHAEL J. LEWIS (DEA - Los Angeles) |
| 1 | | 7/7/2008 | 7/7/2008 | 7/7/2008 | DEA Controlled Substance Registration Certificate |
| 2 | | 7/7/2008 | 7/7/2008 | 7/7/2008 | Certification of Registration Status, dated April 10, 2008 |
| | E | 7/8/2008 | 7/7/2008 | 7/8/2008 | Code of Federal Regulations |
| W2 | | 7/8/2008 | | | DR. NORMA ADA |
| 3 | | 7/8/2008 | 7/8/2008 | 7/8/2008 | License issued by CNMI Medical Profession Licensing Board |
| | C | 7/8/2008 | 7/8/2008 | 7/8/2008 | Board Minutes |
| | D | 7/8/2008 | 7/8/2008 | 7/8/2008 | Letter from Dana Emery dated February 27, 2006 |
| | F | 7/8/2008 | 7/8/2008 | 7/8/2008 | Restrictions on Dr. Hocog's License |
| W3 | | 7/8/2008 | | | JOSEPH K. VILLAGOMEZ |
| 4 | | 7/8/2008 | 7/8/2008 | 7/8/2008 | Notification of Personnel Action with attachments, dated April 12, 2005 |
| 5 | | 7/8/2008 | 7/8/2008 | 7/8/2008 | Notification of Personnel Action with attachments, dated March 19, 2007 |
| | G | 7/8/2008 | 7/8/2008 | | Letter |
| W4 | | 7/8/2008 | | | ANTHONY RAHO |
| | A | 7/8/2008 | 7/8/2008 | 7/8/2008 | Blank Prescription Form from CHC |
| | H | 7/8/2008 | 7/8/2008 | 7/8/2008 | Log of Dr's who have Internal DEA numbers |
| W5 | | 7/8/2008 | | | DANIEL HOLCOMB |
| 6-95 | | 7/8/2008 | 7/8/2008 | 7/8/2008 | CHC Ambulatory Encounter Forms |
| 96-138 | | 7/8/2008 | 7/8/2008 | w/caveat | CHC Pharmacy Logs |
| W6 | | 7/9/2008 | | | MILA B. TAN |
| W7 | | 7/9/2008 | | | CRYSTAL HEMLEY |
| W8 | | 7/9/2008 | | | YVONNE PANGELINAN |
| W9 | | 7/9/2008 | | | ROQUE NORITA |
| W10 | | 7/9/2008 | | | ROWENA ALTURES |
| W11 | | 7/9/2008 | | | DR. EDWARD CORNETTE |
| | W1 | 7/9/2008 | | | FLORENCE SABLAN |
| | K | 7/9/2008 | 7/9/2008 | 7/9/2008 | Minutes from Licensing Board dated December 7, 2006 |
| | J | 7//9/2008 | 7/9/2008 | 7/9/2008 | Minutes from Licensing Board dated November 1, 2006 |
| | W2 | 7/9/2008 | | | DR. NORMA ADA |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page _1_ of _1_ Pages