```
    F I L E D
      Clerk
   District Court              CR 08 - 00016

    JUL 10 2008

For The Northern Marianas Islands
By_____
        (Deputy Clerk)
```

Received
1:50 PM
07-10-08
[signature]

MAY WE GET OUR
NOTES FROM OUR
SEATS PLEASE?
                ALLAN LIZAMA
7-10-08  [signatures]
         FLOOR
         LEADER