

FILED
Clerk
District Court

JUL 11 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

CR 08-00016

"WE ARE READY
TO COME
OUT"

7-11-08
Received
1:56 pm