F I L E D
Clerk
District Court

JUL 1 1 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LARRY BORJA HOCOG,<br><br>　　　　Defendant. | Criminal Case No.: 08-00016<br><br>**VERDICT FORM**<br><br>Jury Trial:　July 7, 2008<br>Time:　　　9:00 a.m.<br>Judge:　　　Hon. Alex Munson |

## VERDICT FORM

We, the jury, render the following unanimous verdict as to Counts I and II of the Indictment:

**COUNT I: DISTRIBUTION OF OXYCODONE HYDROCHLORIDE**

We, the jury, find the defendant Larry Borja Hocog

☒ NOT GUILTY

☐ GUILTY

of the offense of distribution of Oxycodone Hydrochloride, as charged in Count I of the Indictment.

**COUNT II: DISTRIBUTION OF MEPERIDINE**

We, the jury, find the defendant Larry Borja Hocog

☒ NOT GUILTY

☐ GUILTY

of the offense of distribution of Meperidine, as charged in Count II of the Indictment.

_____
Jury Foreperson

## CERTIFICATION

I certify that the above decision represents the unanimous verdict of each and every juror in this case.

_____          Date 7-11-08
Jury Foreperson