# TRIAL MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-08-00016                                        July 11, 2008
                                                   8:50 a.m.

## United States of America -vs- Larry Borja Hocog

PRESENT:    Hon. Alex R. Munson, Chief Judge
            Sanae Shmull, Court Reporter
            K. Lynn Lemieux, Courtroom Deputy
            Eric O'Malley, Assistant U.S. Attorney
            Ramon Quichocho, Attorney for Defendant
            Larry Borja Hocog, Defendant

Proceedings:     Jury Trial - Day Five - Jury Deliberation/VERDICT

At 8:50 a.m. twelve jurors were present and continued with their deliberation.

Jurors were escorted to lunch at 12:20 p.m. and returned at 1:43 p.m. to continue their deliberation.

At 12:00 noon jurors were escorted to lunch. Jurors returned at 1:45 p.m. to continue deliberation.

Court received at note from the jurors at 1:56 p.m. All parties were called to return to the Court.

Court reconvened at 2:35 p.m. outside the presence of the jury.

Jurors were brought into the Courtroom at 2:36 p.m.

Court read the verdict as follows:

*"We the jury, render the following unanimous verdict as to Counts I and II of the Indictment: COUNT I: Distribution of Oxycodone Hydrochloride - We, the jury, find the defendant Larry Borja Hocog NOT GUILTY of the offense of distribution of Oxycodone Hydrochloride, as charged in Count I of the Indictment. COUNT II: Distribution of Meperidine-We, the jury, find the defendant Larry Borja Hocog NOT GUILTY of the offense of distribution*

*of Meperidine, as charged in Count II of the Indictment. Signed by the jury foreperson on July 7, 2008."*

    Government requested that the jurors be polled.

    Jurors were thanked and excused.

    Court advised the defendant that he had been found **not guilty** of all charges and that all bonds are exonerated.

    Attorney Quichocho moved that the defendant's passport be released forthwith. Court so ordered.

    Adjourned at 2:40 p.m.


By:\_\_\_\_\_/s/_____
    K. Lynn Lemieux
    Courtroom Deputy