FILED
Clerk
District Court

JUL 11 2008

for The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08-00016 |
| Plaintiff, ) | |
| V. ) | ORDER RELEASING PASSPORT |
| LARRY BORJA HOCOG ) | |
| Defendant, ) | |

For good cause shown,

IT IS HEREBY ORDERED that the Passport belonging to LARRY BORJA HOCOG aka LORENZO PATERNO BORJA HOCOG shall be release and returned to LARRY BORJA HOCOG aka LORENZO PATERNO BORJA HOCOG for the following reason: Defendant has been found not guilty by the jury of all the offenses charged in the indictment.

No Objection

_____
Office of the U.S. Attorney, NMI

No Objection

_____
Office of the U.S. Probation, NMI

SO ORDERED this __11TH__ day of _____JULY_____, 2008

_____
Alex R. Munson, Chief Judge

AO 72
(Rev. 08/82)