PS 40
(REV. 6/05)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTHERN MARIANA ISLANDS

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

| | | | |
|---|---|---|---|
| TO: | United States Department of State<br>Office of Passport Policy and Advisory Services<br>2100 Pennsylvania Avenue, NW, 3rd Floor<br>Washington, D.C. 20037 | FROM: | Melinda N. Brunson, U.S. Probation Officer<br>District of the Northern Mariana Islands<br>P.O. Box 502089<br>Saipan, MP 96950 |

FILED
Clerk
District Court

JUL 11 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

[X] **Original Notice**                     [X] **Notice of Disposition**

Date:   **May 21, 2008**                    Date:   **July 11, 2008**

By:     **Chief Judge Alex Munson**         By:     **Chief Judge Alex Munson**

---

| | | | |
|---|---|---|---|
| Defendant: | **HOCOG, Lorenzo Paterno Borja** | Case Number: | **08-00016-001** |
| Date of Birth: | **xx-xx-1955** | Place of Birth: | **Rota, MP** |
| SSN: | **xxx-xx-3225** | | |

---

**NOTICE OF COURT ORDER** (Order Date:   **May 21, 2008**   )

[✔] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[✔] The above-named defendant surrendered Passport Number **422821728** to the custody of the **U.S. District Court for the NMI.**

---

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

[✔] Defendant not convicted. **ACQUITTED ON ALL COUNTS ON JULY 11, 2008.**

[ ] Defendant convicted.

---

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
  ✔ Not Convicted - Document returned to defendant.
  ☐ Not Convicted - Document enclosed for further investigation due to evidence that the document may have been issued in a false name.
  ☐ Convicted - Document and copy of Judgment enclosed.
Defendant (or representative)