*Filed in the Court*
*July 10, 2008*
*K. A. Demieux*

F I L E D
Clerk
District Court

JUL 1 0 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1

2

3

4

5

6            **UNITED STATES DISTRICT COURT**

7              **NORTHERN MARIANA ISLANDS**

8   UNITED STATES OF AMERICA,           )    Criminal Case No. 08-00016
                                         )
9              Plaintiff,                )
                                         )
10         v.                            )    **JURY INSTRUCTIONS**
                                         )
11  LARRY BORJA HOCOG,                   )
                                         )    Trial:  July 7, 2008
12                                       )    Time:   9:00 a.m.
            Defendant.                   )    Judge:  Hon. Alex R. Munson
13                                       )
    _____)
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  **1.    FUNCTION OF JURY**

2       MEMBERS OF THE JURY, NOW THAT YOU HAVE HEARD ALL OF THE
3  EVIDENCE, IT IS MY DUTY TO INSTRUCT YOU ON THE LAW WHICH APPLIES TO
4  THIS CASE. A COPY OF THESE INSTRUCTIONS WILL BE AVAILABLE IN THE JURY
5  ROOM FOR YOU TO CONSULT.

6       IT IS YOUR DUTY TO FIND THE FACTS FROM ALL OF THE EVIDENCE IN THE
7  CASE. TO THOSE FACTS, YOU WILL APPLY THE LAW AS I GIVE IT TO YOU. YOU
8  MUST FOLLOW THE LAW AS I GIVE IT TO YOU WHETHER YOU AGREE WITH IT OR
9  NOT. YOU MUST NOT BE INFLUENCED BY ANY PERSONAL LIKES OR DISLIKES,
10 OPINIONS, PREJUDICES, OR SYMPATHIES. THAT MEANS THAT YOU MUST DECIDE
11 THE CASE SOLELY ON THE EVIDENCE BEFORE YOU. YOU WILL RECALL THAT
12 YOU TOOK AN OATH PROMISING TO DO SO AT THE BEGINNING OF THE CASE.

13      IN FOLLOWING MY INSTRUCTIONS, YOU MUST FOLLOW ALL OF THEM, AND
14 NOT SINGLE OUT SOME AND IGNORE OTHERS; THEY ARE ALL EQUALLY
15 IMPORTANT. YOU MUST NOT READ INTO THESE INSTRUCTIONS, OR INTO
16 ANYTHING THE COURT MAY HAVE SAID OR DONE, ANY SUGGESTION AS TO
17 WHAT VERDICT YOU SHOULD RETURN -- THAT IS A MATTER ENTIRELY UP TO
18 YOU.

19

20

21

22

23

24

25

26

27

28

-1-

## 2.    THE UNITED STATES AS A PARTY

YOU ARE TO PERFORM THE DUTY OF FINDING THE FACTS WITHOUT BIAS OR PREJUDICE AS TO ANY PARTY.  YOU ARE TO PERFORM YOUR FINAL DUTY IN AN ATTITUDE OF COMPLETE FAIRNESS AND IMPARTIALITY.  THE CASE IS IMPORTANT TO THE GOVERNMENT BECAUSE THE ENFORCEMENT OF CRIMINAL LAWS IS A MATTER OF PRIME IMPORTANCE TO THE COMMUNITY.  EQUALLY, IT IS IMPORTANT TO THE DEFENDANT WHO IS CHARGED WITH SERIOUS CRIMES.  THE FACT THAT THE PROSECUTION IS BROUGHT IN THE NAME OF THE UNITED STATES OF AMERICA ENTITLES THE GOVERNMENT TO NO GREATER CONSIDERATION THAN THAT ACCORDED TO ANY OTHER PARTY TO A CASE.  BY THE SAME TOKEN, IT IS ENTITLED TO NO LESS CONSIDERATION.  ALL PARTIES, WHETHER THE GOVERNMENT OR INDIVIDUALS, STAND AS EQUALS AT THE BAR OF JUSTICE.

**3.     INDICTMENT IS NOT EVIDENCE**

THE INDICTMENT IS NOT EVIDENCE.  THE DEFENDANT HAS PLEADED NOT GUILTY TO THE CHARGES.  THE DEFENDANT IS PRESUMED TO BE INNOCENT AND DOES NOT HAVE TO TESTIFY OR PRESENT ANY EVIDENCE TO PROVE HIS INNOCENCE.  THE GOVERNMENT HAS THE BURDEN OF PROVING EVERY ELEMENT OF THE CHARGES BEYOND A REASONABLE DOUBT.

**4.     RIGHT NOT TO TESTIFY**

A DEFENDANT IN A CRIMINAL CASE HAS A CONSTITUTIONAL RIGHT NOT TO TESTIFY. NO PRESUMPTION OF GUILT MAY BE RAISED, AND NO INFERENCE OF ANY KIND MAY BE DRAWN, FROM THE FACT THAT THE DEFENDANT DID NOT TESTIFY.

-4-

**5.** **PRESUMPTION OF INNOCENCE**

AS I TOLD YOU AT THE OUTSET OF THE TRIAL, THIS IS A CRIMINAL CASE IN WHICH THE DEFENDANT IS CHARGED WITH VIOLATING CERTAIN LAWS OF THE UNITED STATES.  THE CHARGES, HOWEVER, ARE ONLY ALLEGATIONS.   THE DEFENDANT IS PRESUMED TO BE INNOCENT OF THOSE CHARGES UNLESS AND UNTIL YOU, THE JURY, FIND BEYOND A REASONABLE DOUBT THAT THE DEFENDANT IS GUILTY OF ANY OFFENSE ALLEGED IN THE INDICTMENT.

**6.      BURDEN OF PROOF**

IN A CRIMINAL CASE, THE GOVERNMENT ALWAYS HAS THE BURDEN OF PROOF.  TO OVERCOME THE PRESUMPTION OF INNOCENCE AND PROVE THE DEFENDANT GUILTY OF AN OFFENSE, THE GOVERNMENT MUST PROVE BEYOND A REASONABLE DOUBT EACH AND EVERY ELEMENT OF THAT OFFENSE AS CHARGED IN THE INDICTMENT.

**7.    REASONABLE DOUBT**

PROOF BEYOND A REASONABLE DOUBT IS PROOF THAT LEAVES YOU FIRMLY CONVINCED THAT THE DEFENDANT IS GUILTY.  IT IS NOT REQUIRED THAT THE GOVERNMENT PROVE GUILT BEYOND ALL POSSIBLE DOUBT.

A REASONABLE DOUBT IS A DOUBT BASED UPON REASON AND COMMON SENSE AND IS NOT BASED PURELY ON SPECULATION.  IT MAY ARISE FROM A CAREFUL AND IMPARTIAL CONSIDERATION OF ALL THE EVIDENCE, OR FROM A LACK OF EVIDENCE.

IF, AFTER A CAREFUL AND IMPARTIAL CONSIDERATION OF ALL THE EVIDENCE, YOU ARE NOT CONVINCED BEYOND A REASONABLE DOUBT THAT THE DEFENDANT IS GUILTY, IT IS YOUR DUTY TO FIND THE DEFENDANT NOT GUILTY. ON THE OTHER HAND, IF AFTER A CAREFUL AND IMPARTIAL CONSIDERATION OF ALL THE EVIDENCE, YOU ARE CONVINCED BEYOND A REASONABLE DOUBT THAT THE DEFENDANT IS GUILTY, IT IS YOUR DUTY TO FIND THE DEFENDANT GUILTY.

**8.    EVIDENCE:  WHAT IS EVIDENCE**

THE EVIDENCE FROM WHICH YOU ARE TO DECIDE THE FACTS OF THIS CASE ARE:

1.    THE SWORN TESTIMONY OF ANY WITNESS;

2.    THE EXHIBITS WHICH HAVE BEEN RECEIVED INTO EVIDENCE; AND

3.    ANY FACTS TO WHICH THE LAWYERS HAVE STIPULATED.

**9.   EVIDENCE: WHAT IS NOT EVIDENCE**

IN REACHING YOUR VERDICT, YOU MAY CONSIDER ONLY THE EVIDENCE THAT THE COURT HAS RECEIVED, THAT IS, THE TESTIMONY, EXHIBITS, AND ANY STIPULATIONS.  CERTAIN THINGS, HOWEVER, ARE NOT EVIDENCE AND YOU MAY NOT CONSIDER THEM IN DECIDING THE FACTS.  I WILL LIST THEM FOR YOU:

1.   ARGUMENTS AND STATEMENTS BY LAWYERS ARE NOT EVIDENCE. THE LAWYERS ARE NOT WITNESSES.  WHAT THEY SAY IN THEIR OPENING OR CLOSING STATEMENTS, AND AT OTHER TIMES, IS INTENDED TO HELP YOU INTERPRET THE EVIDENCE, BUT IT IS NOT EVIDENCE.  IF THE FACTS AS YOU REMEMBER THEM DIFFER FROM THE WAY THE LAWYERS STATE THEM, YOUR MEMORY OF THEM CONTROLS.

2.   QUESTIONS AND OBJECTIONS BY LAWYERS ARE NOT EVIDENCE.  ATTORNEYS HAVE A DUTY TO THEIR CLIENTS TO OBJECT WHEN THEY BELIEVE A QUESTION IS IMPROPER UNDER THE RULES OF EVIDENCE.  YOU SHOULD NOT BE INFLUENCED BY THE QUESTION, THE OBJECTION, OR THE COURT'S RULING ON IT.

3.   TESTIMONY THAT HAS BEEN EXCLUDED OR STRICKEN, OR THAT YOU HAVE BEEN INSTRUCTED TO DISREGARD, IS NOT EVIDENCE AND MUST NOT BE CONSIDERED.  IN ADDITION, SOME TESTIMONY AND EXHIBITS MAY HAVE BEEN RECEIVED ONLY FOR A LIMITED PURPOSE; WHERE I HAVE GIVEN A LIMITING INSTRUCTION, YOU MUST FOLLOW IT.

4.   ANYTHING YOU MAY HAVE SEEN OR HEARD WHEN THE COURT WAS NOT IN SESSION IS NOT EVIDENCE.  YOU ARE TO DECIDE THE CASE SOLELY ON THE EVIDENCE RECEIVED AT THE TRIAL.

**10.    EVIDENCE:  DIRECT AND CIRCUMSTANTIAL**

EVIDENCE MAY BE DIRECT OR CIRCUMSTANTIAL.  DIRECT EVIDENCE IS DIRECT PROOF OF A FACT, SUCH AS TESTIMONY BY A WITNESS ABOUT WHAT THAT WITNESS PERSONALLY SAW OR HEARD OR DID.  CIRCUMSTANTIAL EVIDENCE IS PROOF OF ONE OR MORE FACTS FROM WHICH YOU COULD FIND ANOTHER FACT.  YOU SHOULD CONSIDER BOTH KINDS OF EVIDENCE.  THE LAW MAKES NO DISTINCTION BETWEEN WEIGHT TO BE GIVEN TO EITHER DIRECT OR CIRCUMSTANTIAL EVIDENCE.  IT IS FOR YOU TO DECIDE HOW MUCH WEIGHT TO GIVE ANY EVIDENCE.

**11.    CREDIBILITY OF WITNESSES**

IN DECIDING THE FACTS IN THIS CASE, YOU MAY HAVE TO DECIDE WHICH TESTIMONY TO BELIEVE AND WHICH TESTIMONY NOT TO BELIEVE.  YOU MAY BELIEVE EVERYTHING A WITNESS SAYS, OR PART OF IT, OR NONE OF IT.

IN CONSIDERING THE TESTIMONY OF ANY WITNESS, YOU MAY TAKE INTO ACCOUNT:

1.    THE OPPORTUNITY AND ABILITY OF THE WITNESS TO SEE OR HEAR OR KNOW THE THINGS THEY TESTIFIED TO;

2.    THE WITNESS' MEMORY;

3.    THE WITNESS' MANNER WHILE TESTIFYING;

4.    THE WITNESS' INTEREST IN THE OUTCOME OF THE CASE AND ANY BIAS OR PREJUDICE;

5.    WHETHER OTHER EVIDENCE CONTRADICTED THE WITNESS' TESTIMONY;

6.    THE REASONABLENESS OF THE WITNESS' TESTIMONY IN LIGHT OF ALL THE EVIDENCE; AND

7.    ANY OTHER FACTORS THAT BEAR ON BELIEVABILITY.

THE WEIGHT OF THE EVIDENCE AS TO A FACT DOES NOT NECESSARILY DEPEND ON THE NUMBER OF WITNESSES WHO TESTIFY.

-11-

## 12.   **EVIDENCE: STATEMENTS BY THE DEFENDANT**

YOU HAVE HEARD TESTIMONY THAT THE DEFENDANT MADE CERTAIN STATEMENTS.  IT IS FOR YOU TO DECIDE:

1.     WHETHER THE DEFENDANT MADE ANY STATEMENT; AND

2.     IF SO, HOW MUCH WEIGHT TO GIVE IT.

IN MAKING THOSE DECISIONS, YOU SHOULD CONSIDER ALL OF THE EVIDENCE ABOUT THE STATEMENT, INCLUDING THE CIRCUMSTANCES UNDER WHICH IT MAY HAVE BEEN MADE.

-12-

## 13.    ACTIVITIES NOT CHARGED

THE DEFENDANT IS ON TRIAL ONLY FOR THE CRIMES CHARGED IN THE INDICTMENT, NOT FOR ANY OTHER ACTIVITIES.

**14.    SEPARATE CONSIDERATION OF MULTIPLE COUNTS:**
**SINGLE DEFENDANT**

A SEPARATE CRIME IS CHARGED AGAINST THE DEFENDANT IN EACH COUNT.  YOU MUST DECIDE EACH COUNT SEPARATELY.  YOUR VERDICT ON ONE COUNT SHOULD NOT CONTROL YOUR VERDICT ON THE OTHER COUNT.

**15.** **COUNT ONE–ILLEGAL DISTRIBUTION OF OXYCODONE HYDROCHLORIDE: ELEMENTS OF THE OFFENSE**

DR. HOCOG IS CHARGED IN COUNT ONE OF THE INDICTMENT WITH DISTRIBUTING AND DISPENSING OXYCODONE HYDROCHLORIDE, A CONTROLLED SUBSTANCE, IN VIOLATION OF TITLE 21, UNITED STATES CODE, SECTIONS 822(b) AND 841(a)(1). IN ORDER FOR DR. HOCOG TO BE FOUND GUILTY OF THAT CHARGE, THE GOVERNMENT MUST FIRST PROVE EACH OF THE FOLLOWING ELEMENTS BEYOND REASONABLE DOUBT:

*FIRST, DR. HOCOG KNOWINGLY AND INTENTIONALLY DISTRIBUTED OR DISPENSED OXYCODONE HYDROCHLORIDE, A SCHEDULE II CONTROLLED SUBSTANCE; AND*

*SECOND, DR. HOCOG WAS NOT AUTHORIZED BY THE UNITED STATES DRUG ENFORCEMENT ADMINISTRATION TO DISTRIBUTE SCHEDULE II CONTROLLED SUBSTANCES.*

-15-

**16.   COUNT TWO–ILLEGAL DISTRIBUTION OF MEPERIDINE: ELEMENTS OF THE OFFENSE**

DR. HOCOG IS CHARGED IN COUNT TWO OF THE INDICTMENT WITH DISTRIBUTING AND DISPENSING MEPERIDINE, A CONTROLLED SUBSTANCE, IN VIOLATION OF TITLE 21, UNITED STATES CODE, SECTIONS 822(b) AND 841(a)(1).  IN ORDER FOR DR. HOCOG TO BE FOUND GUILTY OF THAT CHARGE, THE GOVERNMENT MUST FIRST PROVE EACH OF THE FOLLOWING ELEMENTS BEYOND REASONABLE DOUBT:

*FIRST, DR. HOCOG KNOWINGLY AND INTENTIONALLY DISTRIBUTED OR DISPENSED MEPERIDINE, A SCHEDULE II CONTROLLED SUBSTANCE; AND*

*SECOND, DR. HOCOG WAS NOT AUTHORIZED BY THE UNITED STATES DRUG ENFORCEMENT ADMINISTRATION TO DISTRIBUTE SCHEDULE II CONTROLLED SUBSTANCES.*

-16-

## 17.    DEFINITION: KNOWINGLY

AN ACT IS DONE KNOWINGLY IF THE DEFENDANT IS AWARE OF THE ACT AND DOES NOT ACT THROUGH IGNORANCE, MISTAKE, OR ACCIDENT.  THE GOVERNMENT IS NOT REQUIRED TO PROVE THAT THE DEFENDANT KNEW THAT HIS ACTS OR OMISSIONS WERE UNLAWFUL.  YOU MAY CONSIDER EVIDENCE OF THE DEFENDANT'S WORDS, ACTS, OR OMISSIONS, ALONG WITH ALL THE OTHER EVIDENCE, IN DECIDING WHETHER THE DEFENDANT ACTED KNOWINGLY.

**18.    DEFINITION: INTENTIONALLY**

AN ACT IS DONE INTENTIONALLY IF THE DEFENDANT IS AWARE OF THE ACT AND DOES NOT ACT THROUGH IGNORANCE, MISTAKE, OR ACCIDENT.  THE GOVERNMENT IS REQUIRED TO PROVE THE DEFENDANT ACTED INTENTIONALLY. YOU MAY CONSIDER EVIDENCE OF THE DEFENDANT'S WORDS, ACTS, OR OMISSIONS, ALONG WITH ALL THE OTHER EVIDENCE, IN DECIDING WHETHER THE DEFENDANT ACTED INTENTIONALLY.

19.    **ADDITIONAL DEFINITIONS**

THE FOLLOWING ADDITIONAL DEFINITIONS WILL BE USEFUL TO YOU FOR YOUR DELIBERATIONS:

*DISPENSE.  THE TERM "DISPENSE" MEANS TO <u>DELIVER</u> A CONTROLLED SUBSTANCE TO AN ULTIMATE USER BY A PRACTITIONER, INCLUDING THE PRESCRIBING AND ADMINISTERING OF A CONTROLLED SUBSTANCE.  THE TERM "DISPENSER" MEANS A PRACTITIONER WHO SO DELIVERS A CONTROLLED SUBSTANCE TO AN ULTIMATE USER.*

*DISTRIBUTE. THE TERM "DISTRIBUTE" MEANS TO <u>DELIVER</u> (OTHER THAN BY ADMINISTERING OR DISPENSING) A CONTROLLED SUBSTANCE TO AN ULTIMATE USER.*

*DELIVER.  THE TERM "DELIVER" MEANS THE ACTUAL OR CONSTRUCTIVE TRANSFER OF A CONTROLLED SUBSTANCE.  IN OTHER WORDS, IF ONE PERSON CAUSES ANOTHER PERSON TO DELIVER A CONTROLLED SUBSTANCE TO A THIRD PERSON, IT IS THE SAME AS IF THE FIRST PERSON DELIVERED IT DIRECTLY TO THE THIRD PERSON HIMSELF.*

*PRACTITIONER.  THE TERM "PRACTITIONER" MEANS A PHYSICIAN, DENTIST, VETERINARIAN, SCIENTIFIC INVESTIGATOR, PHARMACY, HOSPITAL, OR OTHER PERSON LICENSED, REGISTERED, OR OTHERWISE PERMITTED, BY THE UNITED STATES OR THE JURISDICTION IN WHICH HE PRACTICES, TO DISTRIBUTE, DISPENSE, ADMINISTER, A CONTROLLED SUBSTANCE IN THE COURSE OF PROFESSIONAL PRACTICE.*

*ULTIMATE USER.  THE TERM "ULTIMATE USER" MEANS A PERSON WHO HAS LAWFULLY OBTAINED, AND WHO POSSESSES, A CONTROLLED SUBSTANCE FOR HIS OWN USE OR FOR THEUSE OF HIS HOUSEHOLD OR FOR AN ANIMAL OWNED BY HIM OR BY A MEMBER OF HIS HOUSEHOLD.*

*ADMINISTER.  THE TERM "ADMINISTER" REFERS TO THE DIRECT APPLICATION OF A CONTROLLED SUBSTANCE TO THE BODY OF A PATIENT BY A PRACTITIONER (OR, IN HIS PRESENCE, BY HIS AUTHORIZED AGENT).*

**20.    CONDUCT OF DELIBERATIONS**

WHEN YOU BEGIN YOUR DELIBERATIONS, YOU SHOULD ELECT ONE MEMBER OF THE JURY AS YOUR FOREPERSON. THAT PERSON WILL PRESIDE OVER THE DELIBERATIONS AND SPEAK FOR YOU HERE IN COURT. YOU WILL THEN DISCUSS THE CASE WITH YOUR FELLOW JURORS TO REACH AN AGREEMENT IF YOU CAN DO SO. YOUR VERDICT, WHETHER GUILTY OR NOT GUILTY, MUST BE UNANIMOUS.

EACH OF YOU MUST DECIDE THE CASE FOR YOURSELF, BUT YOU SHOULD DO SO ONLY AFTER YOU HAVE CONSIDERED ALL OF THE EVIDENCE, DISCUSSED IT FULLY WITH THE OTHER JURORS, AND LISTENED TO THE VIEWS OF YOUR FELLOW JURORS.

DO NOT BE AFRAID TO CHANGE YOUR OPINION IF THE DISCUSSION PERSUADES YOU THAT YOU SHOULD, BUT DO NOT COME TO A DECISION SIMPLY BECAUSE OTHER JURORS THINK IT IS RIGHT.

IT IS IMPORTANT THAT YOU ATTEMPT TO REACH A UNANIMOUS VERDICT BUT, OF COURSE, ONLY IF EACH OF YOU CAN DO SO AFTER HAVING MADE YOUR OWN CONSCIENTIOUS DECISION. DO NOT CHANGE AN HONEST BELIEF ABOUT THE WEIGHT AND EFFECT OF THE EVIDENCE SIMPLY TO REACH A VERDICT.

21. **<u>JUROR NOTES</u>**

SOME OF YOU HAVE TAKEN NOTES DURING THE TRIAL. WHETHER OR NOT YOU TOOK NOTES, YOU SHOULD RELY ON YOUR OWN MEMORY OF WHAT WAS SAID. NOTES ARE ONLY TO ASSIST YOUR MEMORY. YOU SHOULD NOT BE OVERLY INFLUENCED BY THE NOTES.

## 22.    **PUNISHMENT IRRELEVANT**

THE PUNISHMENT PROVIDED BY LAW FOR THIS CRIME IS FOR THE COURT TO DECIDE.  YOU MAY NOT CONSIDER PUNISHMENT IN DECIDING WHETHER THE GOVERNMENT HAS PROVED ITS CASE AGAINST THE DEFENDANT BEYOND A REASONABLE DOUBT.

### 23.    BASIS OF VERDICT

YOUR VERDICT MUST BE BASED SOLELY ON THE EVIDENCE AND ON THE LAW AS I HAVE GIVEN IT TO YOU IN THESE INSTRUCTIONS.  HOWEVER, NOTHING THAT I HAVE SAID OR DONE IS INTENDED TO SUGGEST WHAT YOUR VERDICT SHOULD BE—THAT IS ENTIRELY FOR YOU TO DECIDE.

**24.**   **VERDICT FORM**

A VERDICT FORM HAS BEEN PREPARED FOR YOU.  AFTER YOU HAVE REACHED A UNANIMOUS AGREEMENT ON A VERDICT, YOUR FOREPERSON WILL FILL IN THE FORM THAT HAS BEEN GIVEN TO YOU, SIGN AND DATE IT, AND ADVISE THE BAILIFF THAT YOU ARE READY TO RETURN TO THE COURTROOM.

25.    **COMMUNICATION WITH THE COURT**

IF IT BECOMES NECESSARY DURING YOUR DELIBERATIONS TO COMMUNICATE WITH ME, YOU MAY SEND A NOTE THROUGH THE BAILIFF, SIGNED BY YOUR FOREPERSON OR BY ONE OR MORE MEMBERS OF THE JURY. NO MEMBER OF THE JURY SHOULD EVER ATTEMPT TO COMMUNICATE WITH ME EXCEPT BY A SIGNED WRITING, AND I WILL RESPOND TO THE JURY CONCERNING THE CASE ONLY IN WRITING, OR HERE IN OPEN COURT. IF YOU SEND OUT A QUESTION, I WILL CONSULT WITH THE LAWYERS BEFORE ANSWERING IT, WHICH MAY TAKE SOME TIME. YOU MAY CONTINUE YOUR DELIBERATIONS WHILE WAITING FOR THE ANSWER TO ANY QUESTION. REMEMBER THAT YOU ARE NOT TO TELL ANYONE—INCLUDING ME—HOW THE JURY STANDS, NUMERICALLY OR OTHERWISE, ON THE QUESTION OF THE GUILT OF THE DEFENDANT, UNTIL AFTER YOU HAVE REACHED A UNANIMOUS VERDICT OR HAVE BEEN DISCHARGED.