UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

FILED
Clerk
District Court

JUL 11 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL CASE NO. 08-00016 |
| Plaintiff, ) | |
| ) | |
| -V- ) | JUDGMENT OF ACQUITTAL |
| ) | |
| LARRY BORJA HOCOG, ) | |
| ) | |
| Defendant. ) | |

The above-named defendant having been found not guilty by the Jury on July 11, 2008 to Distribution of Oxycodone Hydrochloride, a schedule II controlled substance, and to Distribution of Meperidine, a Schedule II Controlled Substance, as charged in Counts One and Two in violation of Title 21, United States Code, Sections 822 (b), 841 (a)(1) and 841 (b)(1)(C).

IT IS ORDERED that as to Counts One and Two in the indictment, the defendant Larry Borja Hocog is hereby acquitted and discharged.

Dated this 11th day of July, 2008.

Hon. Alex R. Munson, Chief Judge

AO 72
(Rev. 08/82)