**FILED**
Clerk
District Court

JUL 21 2008

IN THE UNITED STATES DISTRICT COURT For The Northern Mariana Islands
FOR THE
NORTHERN MARIANA ISLANDS

By_____
(Deputy Clerk)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00016 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NOTICE OF RELEASE OF EXHIBITS |
| | ) | |
| LARRY BORJA HOCOG, | ) | |
| | ) | |
| Defendant. | ) | |

Eric O'Malley
Assistant U.S. Attorney
3rd Floor Horiguchi Bldg.
Saipan, MP 96950

Ramon Quichocho
P.O. Box 505621
Saipan, MP 96950

Michael Dotts
P.O. Box 501969
Saipan, MP 96950

NOTICE is hereby given that the exhibits you offered and admitted in evidence at the jury trial of this case may be withdrawn within ten (10) days from the date of this notice. If exhibits are not withdrawn within forty (40) calendar days after date of this notice, the clerk may destroy them or make other disposition as the clerk sees fit, all pursuant to LR 79.1, Local Rules for the United States District Court for the Northern Mariana Islands.

Dated this  21st  day of  July , 2008

_____
GALO L. PEREZ
Clerk of Court
U.S. District Court
Northern Mariana Islands

LISTAO 187

# EXHIBIT AND WITNESS LIST

| United States of America -vs- Larry Borja Hocog | | District Court<br>Northern Mariana Islands, Saipan, MP 96950 | |
|---|---|---|---|
| **Government's Attorney**<br>Eric O'Malley, AUSA | **Defendant's Attorney**<br>Ramon Quichohco/Michael Dotts/Wm. Fitzgerald | **Docket Number**   CR-08-00016 | |
| | | **Trial Date(s)**   July 7 - 10, 2008 | |
| **Presiding Judge**   Alex R. Munson | **Court Reporter**   Sanae Shmull | **Courtroom Deputy**   K. Lynn Lemieux | |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 7/7/08 | | | MICHAEL J. LEWIS (DEA - Los Angeles) |
| 1 | | 7/7/2008 | 7/7/2008 | 7/7/2008 | DEA Controlled Substance Registration Certificate |
| 2 | | 7/7/2008 | 7/7/2008 | 7/7/2008 | Certification of Registration Status, dated April 10, 2008 |
| | E | 7/8/2008 | 7/7/2008 | 7/8/2008 | Code of Federal Regulations |
| W2 | | 7/8/2008 | | | DR. NORMA ADA |
| 3 | | 7/8/2008 | 7/8/2008 | 7/8/2008 | License issued by CNMI Medical Profession Licensing Board |
| | C | 7/8/2008 | 7/8/2008 | 7/8/2008 | Board Minutes |
| | D | 7/8/2008 | 7/8/2008 | 7/8/2008 | Letter from Dana Emery dated February 27, 2006 |
| | F | 7/8/2008 | 7/8/2008 | 7/8/2008 | Restrictions on Dr. Hocog's License |
| W3 | | 7/8/2008 | | | JOSEPH K. VILLAGOMEZ |
| 4 | | 7/8/2008 | 7/8/2008 | 7/8/2008 | Notification of Personnel Action with attachments, dated April 12, 2005 |
| 5 | | 7/8/2008 | 7/8/2008 | 7/8/2008 | Notification of Personnel Action with attachments, dated March 19, 2007 |
| | G | 7/8/2008 | 7/8/2008 | | Letter |
| W4 | | 7/8/2008 | | | ANTHONY RAHO |
| | A | 7/8/2008 | 7/8/2008 | 7/8/2008 | Blank Prescription Form from CHC |
| | H | 7/8/2008 | 7/8/2008 | 7/8/2008 | Log of Dr's who have Internal DEA numbers |
| W5 | | 7/8/2008 | | | DANIEL HOLCOMB |
| 6-95 | | 7/8/2008 | 7/8/2008 | 7/8/2008 | CHC Ambulatory Encounter Forms |
| 96-138 | | 7/8/2008 | 7/8/2008 | w/caveat | CHC Pharmacy Logs |
| W6 | | 7/9/2008 | | | MILA B. TAN |
| W7 | | 7/9/2008 | | | CRYSTAL HEMLEY |
| W8 | | 7/9/2008 | | | YVONNE PANGELINAN |
| W9 | | 7/9/2008 | | | ROQUE NORITA |
| W10 | | 7/9/2008 | | | ROWENA ALTURES |
| W11 | | 7/9/2008 | | | DR. EDWARD CORNETTE |
| | W1 | 7/9/2008 | | | FLORENCE SABLAN |
| | K | 7/9/2008 | 7/9/2008 | 7/9/2008 | Minutes from Licensing Board dated December 7, 2006 |
| | J | 7//9/2008 | 7/9/2008 | 7/9/2008 | Minutes from Licensing Board dated November 1, 2006 |
| | W2 | 7/9/2008 | | | DR. NORMA ADA |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page __1__ of __1__ Pages