FILED
Clerk
District Court

SEP -2 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>-v-<br><br>LARRY BORJA HOCOG,<br><br>        Defendant. | CRIMINAL CASE NO. 08-00016<br><br>NOTICE OF DESTRUCTION<br>OF EXHIBITS |

Notice having been issued by the Clerk of Court to the attorneys of record to withdraw their exhibits filed with the court, and

The attorney of record having failed to withdraw such exhibits within 40 days allowed by LR 79.1.

The Clerk of Court or his designated deputy clerks have heretofore destroyed the exhibits enumerated in the attached Exhibit List in a manner the clerk saw fit.

Dated this 2nd day of September, 2008.

Galo L. Perez, Clerk of Court

By: _____
Chief Deputy Clerk

| | NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| United States of America -vs- Larry Borja Hocog | | | | | District Court: Northern Mariana Islands, Saipan, MP 96950 |
| Government's Attorney: Eric O'Malley, AUSA | | | Defendant's Attorney: Ramon Quichohco/Michael Dotts/Wm. Fitzgerald | | Docket Number CR-08-00016 |
| | | | | | Trial Date(s) July 7 - 10, 2008 |
| Presiding Judge Alex R. Munson | | | Court Reporter Sanae Shmull | | Courtroom Deputy K. Lynn Lemieux |
| W1 | | 7/7/08 | | | MICHAEL J. LEWIS (DEA - Los Angeles) |
| 1 ✓ | | 7/7/2008 | 7/7/2008 | 7/7/2008 | DEA Controlled Substance Registration Certificate |
| 2 ✓ | | 7/7/2008 | 7/7/2008 | 7/7/2008 | Certification of Registration Status, dated April 10, 2008 |
| | E ✓ | 7/8/2008 | 7/7/2008 | 7/8/2008 | Code of Federal Regulations |
| W2 | | 7/8/2008 | | | DR. NORMA ADA |
| 3 ✓ | | 7/8/2008 | 7/8/2008 | 7/8/2008 | License issued by CNMI Medical Profession Licensing Board |
| | C ✓ | 7/8/2008 | 7/8/2008 | 7/8/2008 | Board Minutes |
| | D ✓ | 7/8/2008 | 7/8/2008 | 7/8/2008 | Letter from Dana Emery dated February 27, 2006 |
| | F ✓ | 7/8/2008 | 7/8/2008 | 7/8/2008 | Restrictions on Dr. Hocog's License |
| W3 | | 7/8/2008 | | | JOSEPH K. VILLAGOMEZ |
| 4 ✓ | | 7/8/2008 | 7/8/2008 | 7/8/2008 | Notification of Personnel Action with attachments, dated April 12, 2005 |
| 5 ✓ | | 7/8/2008 | 7/8/2008 | 7/8/2008 | Notification of Personnel Action with attachments, dated March 19, 2007 |
| | G | 7/8/2008 | 7/8/2008 | | Letter |
| W4 | | 7/8/2008 | | | ANTHONY RAHO |
| | A ✓ | 7/8/2008 | 7/8/2008 | 7/8/2008 | Blank Prescription Form from CHC |
| | H ✓ | 7/8/2008 | 7/8/2008 | 7/8/2008 | Log of Dr's who have Internal DEA numbers |
| W5 | | 7/8/2008 | | | DANIEL HOLCOMB |
| 6-95 ✓ | | 7/8/2008 | 7/8/2008 | 7/8/2008 | CHC Ambulatory Encounter Forms |
| 96-138 ✓ | | 7/8/2008 | 7/8/2008 | w/caveat | CHC Pharmacy Logs |
| W6 | | 7/9/2008 | | | MILA B. TAN |
| W7 | | 7/9/2008 | | | CRYSTAL HEMLEY |
| W8 | | 7/9/2008 | | | YVONNE PANGELINAN |
| W9 | | 7/9/2008 | | | ROQUE NORITA |
| W10 | | 7/9/2008 | | | ROWENA ALTURES |
| W11 | | 7/9/2008 | | | DR. EDWARD CORNETTE |
| | W1 | 7/9/2008 | | | FLORENCE SABLAN |
| | K ✓ | 7/9/2008 | 7/9/2008 | 7/9/2008 | Minutes from Licensing Board dated December 7, 2006 |
| | J ✓ | 7/9/2008 | 7/9/2008 | 7/9/2008 | Minutes from Licensing Board dated November 1, 2006 |
| | W2 | 7/9/2008 | | | DR. NORMA ADA |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page _1_ of _1_ Pages